**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **NICOLETTE D. PAGE,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Case No. 1:24-cv-01249** |
| | § | |
| **UNIVERSITY OF TEXAS AT** | § | |
| **AUSTIN,** | § | |
| *Defendant.* | § | |

---

### INDEX OF STATE COURT DOCUMENTS

---

The following documents comprise all process, pleadings, and orders[1] in the state court suit:

1. State District Court Docket

2. Plaintiff's Original Petition, 9/18/2024

3. Service Request Form, 9/25/2024

4. Executed Service, 10/7/2024

5. Defendant's Original Answer and Defenses, 10/18/2024

---

[1] No orders have been entered in the state court suit.

201st District Court

## Case Summary

### Case No. D-1-GN-24-006871

| | | | |
|---|---|---|---|
| NICOLETTE PAGE vs. UNIVERSITY OF TEXAS AT AUSTIN | § § § | Location: | **201st District Court** |
| | | Judicial Officer: | **201ST, DISTRICT COURT** |
| | | Filed on: | **09/18/2024** |

---

### Case Information

| | |
|---|---|
| Case Type: | Discrimination |
| Case Status: | **09/18/2024  Open** |

---

### Assignment Information

**Current Case Assignment**
Case Number      D-1-GN-24-006871
Court                    201st District Court
Date Assigned    09/18/2024
Judicial Officer  201ST, DISTRICT COURT

---

### Party Information

| | | | |
|---|---|---|---|
| **Plaintiff** | **PAGE, NICOLETTE D.** | **Bachop, Matthew Bradley** | |
| | | *Retained* | |
| **Defendant** | **UNIVERSITY OF TEXAS AT AUSTIN** | | |

---

### Case Events

09/18/2024
ORIGINAL PETITION/APPLICATION (OCA)
*PLAINTIFF S ORIGINAL PETITION*
Party:  Plaintiff PAGE, NICOLETTE D.
Atty/Pro Se:   Attorney Bachop, Matthew Bradley

09/25/2024
OTHER/NOTICE
*SERVICE REQUEST FORM- UNIVERSITY OF TEXAS AT AUSTIN*

10/07/2024
EXECUTED SERVICE
*EXECUTED RETURN SERVICE OF CITATION - UNIVERSITY OF TEXAS AT AUSTIN*

10/18/2024
ORIGINAL ANSWER/WAIVER
*DEFENDANT THE UNIVERSITY OF TEXAS AT AUSTIN S ORIGINAL ANSWER AND DEFENSES*

---

### Service Events

10/01/2024     **Citation**
UNIVERSITY OF TEXAS AT AUSTIN
Served: 10/02/2024

EXHIBIT
**1**

9/18/2024 3:20 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-24-006871
Ruben Tamez

D-1-GN-24-006871

## CAUSE NO._____

| | | |
|---|---|---|
| **NICOLETTE D. PAGE,** | § | **IN THE DISTRICT COURT OF** |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **TRAVIS COUNTY** |
| | § | 201ST, DISTRICT COURT |
| **UNIVERSITY OF TEXAS AT AUSTIN,** | § | |
| **Defendant.** | § | _____ **JUDICIAL DISTRICT** |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF THE COURT:

Comes now Plaintiff, Nicolette D. Page, and complains of Defendant, University of Texas at Austin. In support of her complaint, Plaintiff states the following:

### DISCOVERY LEVEL
### I.

Plaintiff intends that discovery in this case be conducted under Level 2 of Rule 190 of the Texas Rules of Civil Procedure. *See* TEX. R. CIV. P. 190.3.

### PARTIES
### II.

Plaintiff Nicolette D. Page is an individual Texas resident who is employed by Defendant in Travis County, Texas.

### III.

Defendant University of Texas at Austin ("UT") is a coeducational institution of higher education within The University of Texas System. Defendant may be served through its President, Jay Hartzell, at his usual place of business, The University of Texas at Austin, 110 Inner Campus Drive, Stop G3400, Austin, TX 78712-3400.

**EXHIBIT 2**

## JURISDICTION AND VENUE
### IV.

The Court has jurisdiction over the case pursuant to TEX. CONST. art. V, § 8; TEX. GOV'T CODE §§ 24.007–24.008. Venue is proper in this Court pursuant to TEX. CIV. PRAC. & REM. CODE § 15.002. As is required by TEX. R. CIV. P. 47, Plaintiff pleads that she seeks, at the current time, monetary relief over $1,000,000.

## FACTUAL ALLEGATIONS
### V.

Ms. Page is a Black-Latina woman who was hired by Defendant in August 2019 as a Billing and Insurance Manager. In May 2023, Ms. Page transferred to the role of Enterprise Application Support Manager for Defendant's Enterprise Business Information Technology Solutions ("eBITS") department. At that time, Marc Jacaman, eBITS Director of Campus Support, became her manager.

### VI.

On or around June 2, 2023, Ms. Page disclosed to Jacaman her status as a person with a disability under the Americans with Disabilities Act and Chapter 21 of the Texas Labor Code. After that, Jacaman singled out Ms. Page for negative treatment. By way of example only, Jacaman excluded Ms. Page from management meetings and staff meetings pertaining to her responsibilities, he disciplined her for absences that were approved for protected leave under the Family and Medical Leave Act ("FMLA"), he subjected her to disrespectful and racist commentary, and he placed her under increased scrutiny.

[2]

**VII.**

Because of this treatment, Ms. Page filed a charge of discrimination with the Equal Employment Opportunity Commission and the Texas Workforce Commission in January 2024. However, the filing of this charge did not stop Jacaman from singling out Ms. Page for negative treatment. On the contrary, Jacaman's negative treatment of Ms. Page only intensified, and it became so overwhelming that she was forced to resign her eBITS position in April 2024. As Ms. Page stated in her resignation letter, she had "never faced such intense management bullying, marginalization, and a lack of response or acknowledgment" during her "twelve years of experience in management."

**VIII.**

The discrimination, retaliation, and hostile work environment to which Ms. Page was subjected also affected her life outside of work in various ways. They caused her performance in UT's MBA program to suffer, damaging her future earning capacity. The stress and mental anguish also caused Ms. Page to seek therapy services. She has been prescribed additional medications.

**IX.**

The illegal treatment of Ms. Page affected her economically in several ways as well. Jacaman set her initial eBITS salary at a lower rate than her similarly situated peers. In addition, Jacaman's actions led to Ms. Page being bypassed for merit raises for 2022–2023 and 2023–2024 and for equity and structural adjustments. This suppression of Ms. Page's pay will affect the trajectory of her compensation throughout her career with UT (she now works for a different UT department).

[3]

**FIRST CAUSE OF ACTION – RACE DISCRIMINATION**
**X.**

By discriminating against Ms. Page because of her race, including by treating her worse than similarly situated employees of other races and by constructively discharging her, Defendant violated Ms. Page's rights and its obligations under Chapter 21 of the Texas Labor Code and Title VII of the Civil Rights Act of 1964.

**SECOND CAUSE OF ACTION – DISABILITY DISCRIMINATION**
**XI.**

By discriminating against Ms. Page because of her disability, including by treating her worse than similarly situated employees without disabilities and by constructively discharging her, Defendant violated Ms. Page's rights and its obligations under Chapter 21 of the Texas Labor Code and the Americans with Disabilities Act.

**THIRD CAUSE OF ACTION – RETALIATION FOR OPPOSING DISCRIMINATION**
**XII.**

By retaliating against Ms. Page because she opposed illegal discrimination against her, including by treating her worse than similarly situated employees who did not oppose discrimination and by constructively discharging her, Defendant violated Ms. Page's rights and its obligations under Chapter 21 of the Texas Labor Code, Title VII of the Civil Rights Act of 1964, and the Americans with Disabilities Act.

**FOURTH CAUSE OF ACTION – FMLA RETALIATION**
**XIII.**

By retaliating against Ms. Page because she exercised her right to take protected leave under the FMLA, including by treating her worse than similarly situated employees who did not

[4]

use FMLA-protected leave and by constructively discharging her, Defendant violated Ms. Page's rights and its obligations under the Family and Medical Leave Act.

## REQUEST FOR TRIAL BY JURY
## XIV.

Plaintiff requests and demands a trial by jury.

## PRAYER FOR RELIEF
## XV.

Wherefore, premises considered, Plaintiff respectfully requests that Defendant be cited to appear and answer herein, and upon hearing, that the Court award Plaintiff the following relief:

A.    Declare that Defendant violated Chapter 21 of the Texas Labor Code, Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act, and/or the Family and Medical Leave Act by engaging in the unlawful employment practices identified above;

B.    Order Defendant to pay Plaintiff damages for lost wages, loss of earning capacity, and other pecuniary losses as a result of the unlawful employment practices identified above;

C.    Order Defendant to pay Plaintiff front pay as a result of Defendant's discrimination and/or retaliation;

D.    Order Defendant to pay Plaintiff compensatory damages for future pecuniary losses, emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, and/or other nonpecuniary losses because of Defendant's discrimination and/or retaliation;

E.    Order Defendant to pay Plaintiff liquidated damages under the Family and Medical Leave Act;

F.    Order Defendant to pay Plaintiff's reasonable attorney fees and costs;

G.    Order Defendant to pay pre-judgment interest on all amounts for which pre-

[5]

judgment interest is legally allowable, at the highest lawful rate;

H.    Order Defendant to pay post-judgment interest at the highest lawful rate for all amounts, including attorney fees, awarded against Defendant; and

I.    Order such other relief, whether legal or equitable, to which Plaintiff is entitled.


Respectfully submitted,

DEATS DURST & OWEN, PLLC


_____/s/ Matt Bachop_____
Matt Bachop
TBN: 24055127
mbachop@ddollaw.com
8140 N Mopac Expy, Suite 4-250
Austin, Texas 78759
(512) 474-6200
FAX (512) 474-7896

Attorney for Plaintiff

[6]

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Matthew Bachop on behalf of Matthew Bachop
Bar No. 24055127
mbachop@ddollaw.com
Envelope ID: 92182836
Filing Code Description: Petition
Filing Description: PLAINTIFF'S ORIGINAL PETITION
Status as of 9/20/2024 12:07 PM CST

Associated Case Party: NICOLETTERD.PAGE

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Matthew Bachop | | mbachop@ddollaw.com | 9/18/2024 3:20:13 PM | SENT |
| Abby Marin | | nmarin@ddollaw.com | 9/18/2024 3:20:13 PM | SENT |



9/25/2024 1:26 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-24-006871
Jose Garcia

# SERVICE REQUEST FORM

**Velva Price**

District Clerk, Travis County

Civil Division (512) 854-9457

## REQUESTED BY:

| | |
|---|---|
| ATTORNEY/FILER: | SUBMITTED BY: |
| PHONE #: | TITLE: |
| EMAIL: | SIGNATURE: |

## ISSUE PROCESS FOR:

CAUSE #:                    CASE STYLE:

## QUICK CITATION REQUEST: (FOR SERVICE OF CITATION ON ALL DEFENDANTS BY PERSONAL

ISSUE CITATION TO ALL DEFENDANTS LISTED IN THE ORIGINAL PETITION AT THE ADDRESS SPECIFIED IN THE PETITION AND FORWARD THE CITATION(S) TO THE FOLLOWING:

☐TRAVIS CO. CONSTABLE (specify):            ☐CERTIFIED MAIL BY CLERK  ☐ATTORNEY/REQUESTER

☐PRIVATE PROCESS AGENCY (specify):          ☐I HAVE INCLUDED ATTACHMENTS TO THIS REQUEST (e.g. DISCOVERY) TO INCLUDE

## DETAILED SERVICE REQUEST: (ON PARTICULAR PARTIES, BY VARIOUS DELIVERY METHODS, OR FOR NON-CITATION

| DESCRIPTION OF INSTRUMENT(S) TO BE SERVED: | |
|---|---|
| ☐I HAVE INCLUDED ATTACHMENTS TO THIS REQUEST (e.g. discovery) TO INCLUDE IN THE CITATION | |
| TYPE OF PROCESS TO ISSUE: | ☐CITATION  ☐CERTIFIED NOTICE  ☐PROTECTIVE ORDER*  ☐TRO*^  ☐INJUNCTION*^  ☐SEQUESTRATION*^ <br> ☐ATTACHMENT*  ☐EXECUTION*  ☐ABSTRACT*  ☐SUPERSEDEAS^  ☐SCIRE FACIAS*  ☐OTHER^ |
| *SPECIFY TITLE AND DATE OF UNDERLYING ORDER IN CASE RECORD: | ^ATTACH A COPY OF BOND AND/OR OTHER SUPPORTING DOCUMENT |

## SERVICE TO BE ISSUED:

| PARTY NAME:<br><br>PARTY TYPE:<br><br><br>☐USE ADDRESS IN ORIGINAL PETITION ☐SECRETARY OF STATE<br>☐OTHER ADDRESS: | EMAIL PROCESS TO:<br>☐TRAVIS CO. CONSTABLE<br>☐ATTORNEY/REQUESTOR<br>☐PRIVATE PROCESS AGENCY:<br>Process Agency Name: | SERVE VIA:<br>☐PERSONAL SERVICE<br>☐CERTIFIED MAIL (BY CONSTABLE)<br>☐CERTIFIED MAIL (BY CLERK)<br>☐CITATION BY POSTING*<br>☐CITATION BY PUBLICATION* |
|---|---|---|
| PARTY NAME:<br><br>PARTY TYPE:<br><br><br>☐USE ADDRESS IN ORIGINAL PETITION ☐SECRETARY OF STATE<br>☐OTHER ADDRESS: | EMAIL PROCESS TO:<br>☐TRAVIS CO. CONSTABLE<br>☐ATTORNEY/REQUESTOR<br>☐PRIVATE PROCESS AGENCY:<br>Process Agency Name: | SERVE VIA:<br>☐PERSONAL SERVICE<br>☐CERTIFIED MAIL (BY CONSTABLE)<br>☐CERTIFIED MAIL (BY CLERK)<br>☐CITATION BY POSTING*<br>☐CITATION BY PUBLICATION* |
| PARTY NAME:<br><br>PARTY TYPE:<br><br><br>☐USE ADDRESS IN ORIGINAL PETITION ☐SECRETARY OF STATE<br>☐OTHER ADDRESS: | EMAIL PROCESS TO:<br>☐TRAVIS CO. CONSTABLE<br>☐ATTORNEY/REQUESTOR<br>☐PRIVATE PROCESS AGENCY:<br>Process Agency Name: | SERVE VIA:<br>☐PERSONAL SERVICE<br>☐CERTIFIED MAIL (BY CONSTABLE)<br>☐CERTIFIED MAIL (BY CLERK)<br>☐CITATION BY POSTING*<br>☐CITATION BY PUBLICATION* |

**EXHIBIT 3**

*THIS TYPE OF SERVICE MAY REQUIRE A COURT ORDER. ENTER DATE OF SERVICE ORDER IN CASE RECORD:

ADDITIONAL INSTRUCTIONS FOR CLERK OR FOR OFFICER SERVING PROCESS:

## FOR ADDITIONAL PARTIES TO BE SERVED, USE e-FILED PROCESS ISSUANCE REQUEST FORM ADDENDUM

**VELVA PRICE**
**TRAVIS COUNTY DISTRICT CLERK**
**CIVIL DIVISION (512) 854-9457**

## SERVICE REQUEST FORM

| Cause #: | Case Style: | |
|---|---|---|

| PARTY NAME: | EMAIL PROCESS TO: | SERVE VIA: |
|---|---|---|
| PARTY TYPE: | ☐TRAVIS CO. CONSTABLE<br>☐ATTORNEY/REQUESTOR<br>☐PRIVATE PROCESS AGENCY:<br>Process Agency Name: | ☐PERSONAL SERVICE<br>☐CERTIFIED MAIL (BY CONSTABLE)<br>☐CERTIFIED MAIL (BY CLERK)<br>☐CITATION BY POSTING*<br>☐CITATION BY PUBLICATION* |
| ☐USE ADDRESS IN ORIGINAL PETITION ☐SECRETARY OF STATE<br>☐OTHER ADDRESS: | | |
| PARTY NAME: | EMAIL PROCESS TO: | SERVE VIA: |
| PARTY TYPE: | ☐TRAVIS CO. CONSTABLE<br>☐ATTORNEY/REQUESTOR<br>☐PRIVATE PROCESS AGENCY:<br>Process Agency Name: | ☐PERSONAL SERVICE<br>☐CERTIFIED MAIL (BY CONSTABLE)<br>☐CERTIFIED MAIL (BY CLERK)<br>☐CITATION BY POSTING*<br>☐CITATION BY PUBLICATION* |
| ☐USE ADDRESS IN ORIGINAL PETITION ☐SECRETARY OF STATE<br>☐OTHER ADDRESS: | | |
| PARTY NAME: | EMAIL PROCESS TO: | SERVE VIA: |
| PARTY TYPE: | ☐TRAVIS CO. CONSTABLE<br>☐ATTORNEY/REQUESTOR<br>☐PRIVATE PROCESS AGENCY:<br>Process Agency Name: | ☐PERSONAL SERVICE<br>☐CERTIFIED MAIL (BY CONSTABLE)<br>☐CERTIFIED MAIL (BY CLERK)<br>☐CITATION BY POSTING*<br>☐CITATION BY PUBLICATION* |
| ☐USE ADDRESS IN ORIGINAL PETITION ☐SECRETARY OF STATE<br>☐OTHER ADDRESS: | | |
| PARTY NAME: | EMAIL PROCESS TO: | SERVE VIA: |
| PARTY TYPE: | ☐TRAVIS CO. CONSTABLE<br>☐ATTORNEY/REQUESTOR<br>☐PRIVATE PROCESS AGENCY:<br>Process Agency Name: | ☐PERSONAL SERVICE<br>☐CERTIFIED MAIL (BY CONSTABLE)<br>☐CERTIFIED MAIL (BY CLERK)<br>☐CITATION BY POSTING*<br>☐CITATION BY PUBLICATION* |
| ☐USE ADDRESS IN ORIGINAL PETITION ☐SECRETARY OF STATE<br>☐OTHER ADDRESS: | | |
| PARTY NAME: | EMAIL PROCESS TO: | SERVE VIA: |
| PARTY TYPE: | ☐TRAVIS CO. CONSTABLE<br>☐ATTORNEY/REQUESTOR<br>☐PRIVATE PROCESS AGENCY:<br>Process Agency Name: | ☐PERSONAL SERVICE<br>☐CERTIFIED MAIL (BY CONSTABLE)<br>☐CERTIFIED MAIL (BY CLERK)<br>☐CITATION BY POSTING*<br>☐CITATION BY PUBLICATION* |
| ☐USE ADDRESS IN ORIGINAL PETITION ☐SECRETARY OF STATE<br>☐OTHER ADDRESS: | | |
| PARTY NAME: | EMAIL PROCESS TO: | SERVE VIA: |
| PARTY TYPE: | ☐TRAVIS CO. CONSTABLE<br>☐ATTORNEY/REQUESTOR<br>☐PRIVATE PROCESS AGENCY:<br>Process Agency Name: | ☐PERSONAL SERVICE<br>☐CERTIFIED MAIL (BY CONSTABLE)<br>☐CERTIFIED MAIL (BY CLERK)<br>☐CITATION BY POSTING*<br>☐CITATION BY PUBLICATION* |
| ☐USE ADDRESS IN ORIGINAL PETITION ☐SECRETARY OF STATE<br>☐OTHER ADDRESS: | | |
| PARTY NAME: | EMAIL PROCESS TO: | SERVE VIA: |
| PARTY TYPE: | ☐TRAVIS CO. CONSTABLE<br>☐ATTORNEY/REQUESTOR<br>☐PRIVATE PROCESS AGENCY:<br>Process Agency Name: | ☐PERSONAL SERVICE<br>☐CERTIFIED MAIL (BY CONSTABLE)<br>☐CERTIFIED MAIL (BY CLERK)<br>☐CITATION BY POSTING*<br>☐CITATION BY PUBLICATION* |
| ☐USE ADDRESS IN ORIGINAL PETITION ☐SECRETARY OF STATE<br>☐OTHER ADDRESS: | | |
| PARTY NAME: | EMAIL PROCESS TO: | SERVE VIA: |
| PARTY TYPE: | ☐TRAVIS CO. CONSTABLE<br>☐ATTORNEY/REQUESTOR<br>☐PRIVATE PROCESS AGENCY:<br>Process Agency Name: | ☐PERSONAL SERVICE<br>☐CERTIFIED MAIL (BY CONSTABLE)<br>☐CERTIFIED MAIL (BY CLERK)<br>☐CITATION BY POSTING*<br>☐CITATION BY PUBLICATION* |
| ☐USE ADDRESS IN ORIGINAL PETITION ☐SECRETARY OF STATE<br>☐OTHER ADDRESS: | | |
| PARTY NAME: | EMAIL PROCESS TO: | SERVE VIA: |
| PARTY TYPE: | ☐TRAVIS CO. CONSTABLE<br>☐ATTORNEY/REQUESTOR<br>☐PRIVATE PROCESS AGENCY:<br>Process Agency Name: | ☐PERSONAL SERVICE<br>☐CERTIFIED MAIL (BY CONSTABLE)<br>☐CERTIFIED MAIL (BY CLERK)<br>☐CITATION BY POSTING*<br>☐CITATION BY PUBLICATION* |
| ☐USE ADDRESS IN ORIGINAL PETITION ☐SECRETARY OF STATE<br>☐OTHER ADDRESS: | | |
| PARTY NAME: | EMAIL PROCESS TO: | SERVE VIA: |
| PARTY TYPE: | ☐TRAVIS CO. CONSTABLE<br>☐ATTORNEY/REQUESTOR<br>☐PRIVATE PROCESS AGENCY:<br>Process Agency Name: | ☐PERSONAL SERVICE<br>☐CERTIFIED MAIL (BY CONSTABLE)<br>☐CERTIFIED MAIL (BY CLERK)<br>☐CITATION BY POSTING*<br>☐CITATION BY PUBLICATION* |
| ☐USE ADDRESS IN ORIGINAL PETITION ☐SECRETARY OF STATE<br>☐OTHER ADDRESS: | | |
| PARTY NAME: | EMAIL PROCESS TO: | SERVE VIA: |
| PARTY TYPE: | ☐TRAVIS CO. CONSTABLE<br>☐ATTORNEY/REQUESTOR<br>☐PRIVATE PROCESS AGENCY:<br>Process Agency Name: | ☐PERSONAL SERVICE<br>☐CERTIFIED MAIL (BY CONSTABLE)<br>☐CERTIFIED MAIL (BY CLERK)<br>☐CITATION BY POSTING*<br>☐CITATION BY PUBLICATION* |
| ☐USE ADDRESS IN ORIGINAL PETITION ☐SECRETARY OF STATE<br>☐OTHER ADDRESS: | | |

**\*This Type of Service may require a court order. Enter date of service order in case record:**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Matthew Bachop on behalf of Matthew Bachop
Bar No. 24055127
mbachop@ddollaw.com
Envelope ID: 92439544
Filing Code Description: No Fee Documents
Filing Description: SERVICE REQUEST FORM- UNIVERSITY OF TEXAS
AT AUSTIN
Status as of 9/27/2024 3:20 PM CST

Associated Case Party: NICOLETTED.PAGE

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Matthew Bachop | | mbachop@ddollaw.com | 9/25/2024 1:26:43 PM | SENT |
| Abby Marin | | nmarin@ddollaw.com | 9/25/2024 1:26:43 PM | SENT |

10/07/2024 12:26:15 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-24-006871

C I T A T I O N
T H E   S T A T E   O F   T E X A S
**CAUSE NO. D-1-GN-24-006871**

NICOLETTE D. PAGE

, PLAINTIFF(S)

vs.

UNIVERSITY OF TEXAS AT AUSTIN

, DEFENDANT(S)

TO:    **UNIVERSITY OF TEXAS AT AUSTIN**
**BY SERVING ITS PRESIDENT JAY HARTZELL**
**110 INNER CAMPUS DRIVE STOP G3400**
**THE UNIVERSITY OF TEXAS AT AUSTIN**
**AUSTIN TX 78712-3400**

Defendant, in the above styled and numbered cause:
**YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org."**

Attached is a copy of the **PLAINTIFF S ORIGINAL PETITION** in the above styled and numbered cause, which was filed on **SEPTEMBER 18, 2024** in the **201ST DISTRICT COURT** of Travis County, Austin, Texas.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office. **OCTOBER 01, 2024**

REQUESTED BY:
**MATTHEW BRADLEY BACHOP**
**8140 N. MOPAC EXPY #4-250**
**AUSTIN, TX  78759**

mbachop@ddlaw.com
PH: 512-474-6200
FX: 512-474-7896

Velva L Price
Travis County District Clerk
Civil Family Court Facility (CFCF)
1700 Guadalupe Street, P.O. Box 679003 (78767)
Austin TX 78701

**Jose Garcia, Deputy**

R E T U R N

Came to hand on the ___2___ day of ___October 2024___ at ___8:15___ o'clock ___A___ M., and executed at
110 Inner Campus Drive Stop G3400 ___ within the County of ___TRAVIS___ on the ___2___ day
of ___October 2024___, at ___2:20___ o'clock ___P___ M., by delivering to the within named
University of Texas at Austin by serving ___ each in person, a true copy of this citation together with
the **PLAINTIFF S ORIGINAL PETITION** accompanying pleading, having first attached such copy of such citation to such copy of pleading and endorsed on such copy of citation the date of delivery.
Jay Hartzell by serving several counsel Kelly Dufee
X The University of Texas at Austin  Austin(p 78701)

Service Fee: $ _____

Sworn to and subscribed before me this the
_____ day of _____, _____.

_____
Notary Public, THE STATE OF TEXAS
**D-1-GN-24-006871**

_____
Sheriff / Constable / Authorized Person

By: _____
Michael Untermeyer #511

Printed Name of Server
___TRAVIS___ County, Texas

**PCT. 5**

E-MAILED
10/4/24

**EXHIBIT 4**

10/18/2024 8:57 AM
Velva L. Price
District Clerk
Travis County
D-1-GN-24-006871
Victoria Benavides

## CAUSE NO. D-1-GN-24-006871

| | | |
|---|---|---|
| NICOLETTE D. PAGE, | § | IN THE DISTRICT COURT OF |
| *Plaintiff,* | § | |
| | § | |
| v. | § | TRAVIS COUNTY, TEXAS |
| | § | |
| UNIVERSITY OF TEXAS AT | § | |
| AUSTIN, | § | |
| *Defendant.* | § | 201ST JUDICIAL DISTRICT |

---

### DEFENDANT THE UNIVERSITY OF TEXAS AT AUSTIN'S
### ORIGINAL ANSWER AND DEFENSES

---

Defendant, The University of Texas at Austin (hereinafter, "UT" or "Defendant"), files this Original Answer and Defenses to Plaintiff's Original Petition, and respectfully shows the Court as follows.

### I.
### GENERAL DENIAL

Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendant generally denies each and every allegation in Plaintiff's Original Petition and demands strict proof thereof, as required by law.

### II.
### DEFENSES

Pleading further, Defendant hereby asserts the following defenses to which it may be entitled:

1.   Defendant asserts sovereign immunity from suit to the extent that it applies.

2.   Defendant asserts sovereign immunity from liability to the extent that it applies.



3.    Defendant asserts the applicable statute of limitations to Plaintiff's claims, to the extent

that it applies.

4.    Plaintiff's claims, in whole or in part, are barred by Plaintiff's failure to exhaust her

administrative remedies.

5.    Defendant asserts that Plaintiff's claims have no basis in law or in fact.

6.    Defendant asserts that any employment actions regarding the Plaintiff were taken for

legitimate, non-retaliatory reasons.

7.    Plaintiff has failed to mitigate her damages, if any.

8.    Plaintiff's damages, if any, are subject to statutory limits.

9.    Defendant reserves the right to raise additional defenses as they become apparent

during the development of the case.

### III.
### PRAYER FOR RELIEF

WHEREFORE, Defendant prays that Plaintiff take nothing by her suit, and that Defendant

recover all such other and further relief, special or general, at law or in equity, to which it is justly

entitled.

Respectfully submitted.

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**JAMES LLOYD**
Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Chief, General Litigation Division

*/s/ Amy Pletscher*
**AMY PLETSCHER**
Texas Bar No. 24113663
Assistant Attorney General
General Litigation Division
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: (512) 936-0927
Fax: (512) 320-0667
amy.pletscher@oag.texas.gov

*Counsel for Defendant,*
*The University of Texas at Austin*

### CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2024, a true and correct copy of the foregoing document was served via the Court's electronic filing manager system upon all counsel of record.

Matt Bachop
Deats Durst & Owen, PLLC
8140 N Mopac Expy., Suite 4-250
Austin, Texas 78759
mbachop@ddollaw.com

*Counsel for Plaintiff*

*/s/ Amy Pletscher*
**AMY PLETSCHER**
Assistant Attorney General

3

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Rosalinda Luna on behalf of Amy Pletscher
Bar No. 24113663
rosalinda.luna@oag.texas.gov
Envelope ID: 93305955
Filing Code Description: Answer/Response
Filing Description: DEFENDANT THE UNIVERSITY OF TEXAS AT AUSTIN'S ORIGINAL ANSWER AND DEFENSES
Status as of 10/18/2024 9:51 AM CST

Associated Case Party: NICOLETTED.PAGE

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Matthew Bachop | | mbachop@ddollaw.com | 10/18/2024 8:57:26 AM | SENT |
| Abby Marin | | nmarin@ddollaw.com | 10/18/2024 8:57:26 AM | SENT |

Associated Case Party: UNIVERSITY OF TEXAS AT AUSTIN

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Amy Pletscher | | Amy.Pletscher@oag.texas.gov | 10/18/2024 8:57:26 AM | SENT |
| Rosalinda Luna | | rosalinda.luna@oag.texas.gov | 10/18/2024 8:57:26 AM | SENT |