IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| NICOLETTE D. PAGE, §<br>   *Plaintiff*, §<br>§<br>v. §<br>§<br>UNIVERSITY OF TEXAS AT §<br>AUSTIN, §<br>   *Defendant*. § | Cause No. 1:24-CV-1249-DII |

## JOINT WAIVER OF CONFLICT

Upon full consideration and discussion, Defendant, The University of Texas at Austin and Plaintiff, Nicolette D. Page (hereinafter, "the Parties") jointly waive any potential conflict and are unopposed to Judge Pitman presiding over this matter.

Respectfully submitted,

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**JAMES LLOYD**
Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Chief, General Litigation Division

*/S/ Amy Pletscher*
**AMY PLETSCHER**
Assistant Attorney General
General Litigation Division
Texas Bar No. 24113663
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone (512) 936-0927
Facsimile (512) 320-0667
amy.pletscher@oag.texas.gov

*Counsel for Defendant,*
*The University of Texas at Austin*


*/S/ Matt Bachop*
**MATT BACHOP**
Texas Bar No. 24055127
8140 N. Mopac Expy, Suite 4-250
Austin, Texas 78759
Telephone (512) 474-6200
Facsimile (512) 474-7896
mbachop@ddollaw.com

*Counsel for Plaintiff,*
*Nicolette D. Page*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 30, 2024, a true and correct copy of this document was served via the court's electronic filing system on all parties to this matter and their counsel of record.

                                          */s/ Amy Pletscher*
                                          **AMY PLETSCHER**
                                          Assistant Attorney General