UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Nicolette D. Page | § § | |
| vs. | § § | NO: AU:24-CV-01249 |
| University Of Texas At Austin | § § | |

### ORDER SETTING INITIAL PRETRIAL CONFERENCE BY PHONE

The Court hereby sets and directs the parties, or counsel acting on their behalf, to appear by phone for a telephone conference on **Wednesday, January 15, 2025 at 10:00 AM.** The parties are directed to use the below dial-in information.

**Please call in 5 minutes prior to start of hearing.**

1. Toll free number: 1-(855) 244-8681
2. Access code: 2308 722 6901 #

The purpose of this telephone conference is to finalize the parties' proposed scheduling order and to set a date for trial for this action. Accordingly, the parties should be prepared to discuss setting a trial date anywhere between 90 and 120 days after the proposed dispositive motions deadline.

The Court intends to call multiple cases during the same telephonic conference. To facilitate those settings, the use of speaker phones is prohibited during the telephonic appearance. Additionally, attorneys should call in with their phones on "mute" and wait for the Courtroom Deputy to call their case before they speak.

If there are questions regarding the telephonic appearance, the parties should contact Samantha Landeros, Courtroom Deputy, at samantha_landeros@txwd.uscourts.gov.

IT IS SO ORDERED this **2nd day of January, 2025.**

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE

---

1United States District Judge Robert Pitman referred this matter to the undersigned for an initial pretrial conference pursuant to Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. *See* Standing Order dated January 19, 2024.