IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| NICOLETTE D. PAGE,　§ | |
| 　　*Plaintiff*,　　　　§ | |
| 　　　　　　　　　　　§ | |
| v.　　　　　　　　　 § | Case No. 1:24-cv-01249 |
| 　　　　　　　　　　　§ | |
| UNIVERSITY OF TEXAS AT § | |
| AUSTIN,　　　　　　　§ | |
| 　　*Defendant*.　　　 § | |

_____

**DEFENDANT'S UNOPPOSED MOTION TO WITHDRAW
AND SUBSTITUE LEAD COUNSEL**
_____

Defendant, The University of Texas at Austin ("Defendant") files this Unopposed Motion to Withdraw and Substitute Lead Counsel. In support thereof, Defendant respectfully offers the following:

1. Current lead counsel of record is Assistant Attorney General Amy Pletscher.

2. Ms. Pletscher has accepted a position within the Office of the Attorney General's Consumer Protection Division and will be leaving the General Litigation Division, effective February 14, 2025.

3. Subsequently, Defendant now designates Assistant Attorney General Terri Abernathy as lead counsel in this matter. Ms. Abernathy is licensed to practice law in the state of Texas and is a member in good standing of the State Bar of Texas and the United States District Court for theWestern District of Texas. Ms. Abernathy's contact information is as follows:

TERRI M. ABERNATHY
Assistant Attorney General
Texas State Bar No. 24062894
Office of the Attorney General of Texas

1

General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone (512) 936-0562
Division Fax (512) 320-0667
terri.abernathy@oag.texas.gov

4.      Defendant requests that Ms. Abernathy be added to all future correspondence and notifications of filings in this matter and be substituted as lead counsel, and respectfully requests that this Court withdraw Ms. Pletscher as counsel of record and remove her from all future correspondence.

Respectfully submitted,

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**JAMES LLOYD**
Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Chief, General Litigation Division

*/s/ Amy Pletscher*
**AMY PLETSCHER**
Texas Bar No. 24113663
Telephone (512) 936-0927
amy.pletscher@oag.texas.gov

**TERRI M. ABERNATHY**
Texas Bar No. 24062894
Telephone (512) 936-0562
terri.abernathy@oag.texas.gov

Assistant Attorneys General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Facsimile: (512) 320-0667

**COUNSEL FOR DEFENDANT**

**CERTIFICATE OF CONFERENCE**

I certify that on February 6, 2025, I conferred with Plaintiff's counsel regarding this motion and was advised that Plaintiff is unopposed.

*/s/ Amy Pletscher*
**AMY PLETSCHER**
Assistant Attorney General

**CERTIFICATE OF SERVICE**

I certify that a copy of the above-named motion was served on February 11, 2025, upon all parties who have entered an appearance, using the CM/ECF system.

*/s/ Amy Pletscher*
**AMY PLETSCHER**
Assistant Attorney General