## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **NICOLETTE D. PAGE,** | § | |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | **Case No. 1:24-cv-01249** |
| | § | |
| **UNIVERSITY OF TEXAS AT** | § | |
| **AUSTIN,** | § | |
| *Defendant*. | § | |

---

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION
### TO WITHDRAW AND SUBSTITUE LEAD COUNSEL

---

Pending before the Court is Defendant The University of Texas at Austin's Unopposed Motion to Withdraw and Substitute Lead Counsel. Upon due consideration, the Court finds said motion meritorious.

It is hereby **ORDERED** that Defendant's Unopposed Motion to Withdraw and Substitute Lead Counsel is **GRANTED**.

It is further **ORDERED** that Amy Pletscher is hereby withdrawn from this case, and Terri Abernathy is designated as lead counsel on behalf of Defendant.

SIGNED on this the _____ day of _____ 2025.


_____
HONORABLE DAVID EZRA
UNITED STATES SENIOR DISTRICT JUDGE