

KEN PAXTON
ATTORNEY GENERAL OF TEXAS

February 21, 2025

Clerk of the Court
200th Civil District Court
1700 Guadalupe
Austin, Texas 78701
*Via Electronic Filing*

Re:   CAUSE NO. D-1-GN-24-005004; *The Neiman Marcus Group LLC v. Glenn Hegar, Texas Comptroller of Public Accounts;* In the 200th Judicial District Court of Travis County, Texas

Dear Clerk of the Court:

Please be advised that I will be on vacation and unavailable from **March 17 through March 21, 2025**. I respectfully request that no deadlines, hearings, settings, trials, or other event requiring a response or my presence be set in the above-referenced matter during this time. By copy of this letter, I have notified all counsel of record.

Thank you for your consideration in this matter.

Respectfully,

/s/ *Terri M. Abernathy*

Terri Abernathy, Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
General Litigation Division
Phone (512) 936-0562
Email terri.abernathy@oag.texas.gov

Cc: *Via eService as follows:* Jameel S. Turner (jturner@baileycav.com), John P. Miller (jmiller@baileycav.com), Brittany P. Stephen (bstephen@baileycav.com), and Sinéad O'Carroll (socarroll@reevesbrightwell.com).