IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

| | | |
|---|---|---|
| NICOLETTE D. PAGE,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | CASE NO. 1:24-cv-01249-DAE |
| UNIVERSITY OF TEXAS AT AUSTIN,<br>    Defendant. | §<br>§<br>§ | |

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**

TO THE HONORABLE SENIOR UNITED STATES DISTRICT JUDGE:

At 5:33 p.m. on March 14, 2025, the Friday before Spring Break, Defendant filed its Motion for Judgment on the Pleadings. The undersigned left for Spring Break vacation the next day and was on vacation most of last week. The response to the motion is currently due on March 28, 2025. Plaintiff requests a 7-day extension of the deadline, to April 4, 2025. Defendant does not oppose this request. This is the first request made in this case for the extension of any deadline.

Respectfully submitted,

DEATS DURST & OWEN, PLLC


         /s/ Matt Bachop
Matt Bachop
TBN: 24055127
mbachop@ddollaw.com
8140 N Mopac Expy, Suite 4-250
Austin, Texas 78759
(512) 474-6200
FAX (512) 474-7896

Attorney for Plaintiff

## CERTIFICATE OF CONFERENCE

This is to certify I conferred with counsel for Defendant, Ms. Terri Abernathy, concerning the relief sought by this motion, and Ms. Abernathy stated that the relief sought is not opposed.

*/s/ Matt Bachop*
Matt Bachop

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served on counsel for Defendant, Terri Abernathy, Terri.Abernathy@oag.texas.gov, OFFICE OF THE ATTORNEY GENERAL, P.O. Box 12548, Capitol Station, Austin, Texas 78711-2548, by the Court's CM/ECF system on this 24th day of March, 2025.

/s/ Matt Bachop
Matt Bachop

[2]