IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

| | |
|---|---|
| NICOLETTE D. PAGE,<br>    Plaintiff,<br><br>v.<br><br>UNIVERSITY OF TEXAS AT AUSTIN,<br>    Defendant. | §<br>§<br>§<br>§   CASE NO. 1:24-cv-01249-DAE<br>§<br>§<br>§ |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**

Today, the Court considered Plaintiff's Unopposed Motion to Extend Deadline to Respond to Defendant's Motion for Judgment on the Pleadings. The Court **GRANTS** the motion. It is therefore **ORDERED** that the deadline for Plaintiff to respond to Defendant's Motion for Judgment on the Pleadings is extended to April 4, 2025.

Signed on this ____ day of _____, 2025.

_____
HONORABLE DAVID ALAN EZRA
SENIOR UNITED STATES DISTRICT JUDGE