IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

| | |
|---|---|
| **NICOLETTE D. PAGE,** § | |
| Plaintiff, § | |
| § | |
| v. § | CASE NO. 1:24-cv-01249-DAE |
| § | |
| **UNIVERSITY OF TEXAS AT AUSTIN,** § | |
| Defendant. § | |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
## FOR LEAVE TO FILE AMENDED COMPLAINT

Today, the Court considered Plaintiff's Unopposed Motion for Leave to File Amended Complaint. The Court **GRANTS** the motion. It is therefore **ORDERED** that the Clerk accept and docket Plaintiff's First Amended Complaint, which was attached as Exhibit 1 to Plaintiff's Unopposed Motion for Leave to File Amended Complaint.

Signed on this _____ day of _____, 2025.

_____
HONORABLE DAVID ALAN EZRA
SENIOR UNITED STATES DISTRICT JUDGE