

March 22, 2024

Dear EEOC,

Please find attached a copy of my resignation letter, along with the email sent to the senior leadership team in eBITS. Additionally, I want to bring to your attention an article that I believe is relevant to the situation I have encountered since May 22, 2023. Below is the link to the article, and I have also included it as an attachment for your reference. Constructive Discharge in Texas - Clouse Brown

Thank you,

Nicolette Page

| | |
|---|---|
| **From:** | Page, Nicolette |
| **To:** | Jacaman, Mark; Hanna, Heather M |
| **Cc:** | Gibson, LeeAnn M; EBITS HR |
| **Subject:** | Submission of Two Weeks" Notice |
| **Date:** | Friday, March 22, 2024 1:04:00 PM |
| **Attachments:** | image001.png<br>Nicolette Page Resignation 03 22 24.pdf |

Dear Leadership and HR Team,

Please find attached my official two weeks' notice. My final day with eBITS will be April 5, 2024. Starting from Monday, March 25, 2024, through to my last day on Friday, April 5, 2024, I will be on FMLA and Vacation leave, as previously approved.

Additionally, I have sent Mark a detailed work status spreadsheet with all my current projects and documentation in a previous email this morning.

Thank you.

**Nicolette Page** (Pronouns: she/her) | **Manager, Application Support for Enterprise Business IT Solutions**

| The University of Texas at Austin |

*Email is not considered a secure medium.  Therefore, confidentiality cannot be guaranteed.

March 22, 2024

Dear Leadership and HR Team,

I am writing to officially give my two weeks' notice. My final day with eBITS will be April 5, 2024. Please note, starting from Monday, March 25, 2024, through to my final day on Friday, April 5, 2024, I will be on FMLA and Vacation leave, as previously approved. As all of you are aware, my tenure within eBITS has been fraught with challenges, all of which I have formally reported to Human Resources, Conflict Management, HRSS, Department of Investigation Adjudication, Heather Hanna, and an external agency.

The atmosphere in this workplace has profoundly affected both my physical health and emotional state. Throughout my twelve years of experience in management, I have never faced such intense management bullying, marginalization, and a lack of response or acknowledgment, a behavior often referred to as "stonewalling." This unwelcoming attitude from senior leadership is unprecedented in my career. This realization brings me to understand that there is no longer an opportunity for me to effectively utilize my skills or contribute to this department. My efforts to introduce ideas and suggestions were not received in a spirit of collaboration, but rather with ridicule and judgements of incompetence for expressing my opinions, leading to my silence in future discussions. This treatment starkly contrasts with the values of inclusivity and progress I expected at an institution where **"What starts here changes the world"** is a guiding principle. Unfortunately, eBITS has not embodied these values, as evidenced by its lack of direct communication, process orientation, and inclusive culture, making it an intolerable department to be part of. As Heather and I discussed in our meeting on January 9, 2024, she expressed "concerns about my happiness and questioned whether eBITS could fulfill my professional needs and be a place I look forward to coming to each day". Heeding her advice, I undertook the soul-searching she recommended. Considering these reflections, I am compelled to prioritize my health and well-being and am therefore submitting my resignation.

**I am excited to start a new chapter in another department within The University of Texas at Austin on Monday April 8, 2024.** The forthcoming two weeks will afford me the chance to start the road to healing, both physically and mentally, setting the stage for a positive transition. Angelina, could you please assist me with beginning my transfer process after my last official day in eBITS on Friday, April 5, 2024? Assuming in Workday, it would need to be entered for Sunday, April 7th, to ensure there is not a break in service.

Additionally, I would appreciate it if HR could arrange an exit interview for me. This would provide a valuable opportunity to discuss my experiences in more detail and offer feedback that could benefit the organization in the future.

Warm regards,

*Nicolette Page*



HOME    WHO WE ARE    WHAT WE DO    WHO WE REPRESENT    CLIENT REVIEWS
NEWS    CONTACT

# Constructive Discharge in Texas



Constructive discharge occurs when an employer makes an employee's work conditions so intolerable that the employee resigns. This issue may arise when an employer wishes to fire an employee but elects not to. The employer then takes actions (such as demoting the employee, stripping the employee of important job duties, or creating a hostile or punishing environment) that make the employee so uncomfortable that the employee eventually quits.

Constructive discharge is not a separate cause of action in Texas. But some causes of action between an employee and a former employer may require the former employee to show that the employer terminated the employment. A former employee who resigned can satisfy this element if the former employee can prove constructive discharge.

Your Name (required)

Your Email (required)

Subject

Subscribe to Our Newsletter

Privacy - Terms

To establish constructive discharge, the former employee must show that a reasonable person would have resigned under the same circumstances. For example, if no reasonable employee working under similar conditions would have tolerated the employer's conduct, the former employee's resignation will be found unreasonable. Likewise, if a reasonable person would have found the working conditions unendurable and would have resigned, the former employee will be found to have been constructively discharged.

If you would like to speak to an employment law attorney about an employment-related matter, contact the employment lawyers at Clouse Brown PLLC at **NEED FIRM'S MAIN EMAIL ADDRESS**.

