

EXHIBIT
4

March 19, 2024

To the attention of the Equal Employment Opportunity Commission (EEOC),

I wish to draw your attention to a significant matter regarding my employment journey with eBITS, overseen by Mark Jacaman. Notably, on July 14, 2019, I applied for the position I am currently occupying. Accompanying this letter, you will find a comprehensive list of 88 job applications submitted to The University of Texas at Austin from July 7, 2019, to the present. Among these, the position for a Help Desk Manager within eBITS was advertised, yet, intriguingly, this specific job title was conspicuously absent from the job titles provided to me in response to my open records request, suggesting an omission.

I have previously submitted to the EEOC the complete dataset obtained from my open records request for your perusal. Additionally, I have included the employment history of Emily Cauthen, my predecessor in this role. Her record clearly outlines numerous merit increases, Longevity/Hazard Allowance, and Equity/Structural adjustments to her salary during her tenure as Information Technology Manager.

It is perplexing how, despite possessing a bachelor's degree and 12 years of managerial experience, I was offered a salary lower than that of my predecessor. I am eager to understand the criteria used for our comparative evaluation in terms of experience and qualifications, and whether my initial application was overlooked in favor of Emily Cauthen due to favoritism—a concern that seems recurrent within eBITS. This suspicion is further supported by the attempt of Mark Jacaman to establish a new position specifically for Christy Banta. Upon raising these concerns about unfair treatment with Heather Hanna, she redirected the issue to LeeAnn Gibson.

I seek clarification and justification for these disparities and actions, which appear to undermine the principles of fairness and equality in employment practices.

Thank you,

Nicolette Page

My Applications

08:02 PM
03/19/2024
Page 8 of 9

| Submitted Date | Job Title | Job Requisition | Application Status | Supervisory Organization | Location | Manage Application |
|---|---|---|---|---|---|---|
| 08/03/2021 | Senior Manager of Operations & Insights, McCombs School of Business Career Management | R_00014366 Senior Manager of Operations & Insights, McCombs School of Business Career Management | Not Selected for Hire | BUSD (PM) Career Management and Corporate Relations (Sarita Soldz (ss9595)) | RRH - ROBERT B. ROWLING HALL | |
| 02/08/2021 | Diversity Program Manager | R_00011894 Diversity Program Manager | Not Selected for Hire | EVPP (PM) Diversity (Sharon Wood (swood) (Inherited)) (inactive) | MAI - MAIN BUILDING | |
| 07/22/2019 | Assistant Director | R_00004611 Assistant Director | Not Selected for Hire | MLBS (PM) Molecular Biosciences (Jeffrey Gross (jmg2742)) | NHB - NORMAN HACKERMAN BUILDING | |
| 07/14/2019 | Help Desk Manager | R_00004527 Help Desk Manager | Not Selected for Hire | EBIT (PM) Enterprise Business Information Technology Solutions (Mark Jacaman (mjacaman)) | MAI - MAIN BUILDING | |
| 07/11/2019 | Chief of Staff | R_00004415 Chief of Staff | Not Selected for Hire | ILAS (PM) Teresa Lozano Long Institute of Latin American Studies (Adela Pineda (aep67)) | SRH - SID RICHARDSON HALL | |
| 07/11/2019 | Administrative Manager | R_00004518 Administrative Manager | Not Selected for Hire | LING (PM) Department of Linguistics (John Beavers (jbeavers)) | RLP - PATTON HALL | |
| 07/07/2019 | Assistant Director for Internal Medicine Specialties, Department of Internal Medicine | R_00003902 Assistant Director for Internal Medicine Specialties, Department of Internal Medicine | Withdrew Application | DMMD (PM) Department of Medicine (Olilieta Nicholas (oln95)) | HDB - HEALTH DISCOVERY BUILDING | |

| Name | EID | Gender | Race/Ethnicity | Job Title | Start Date in Ro | End Date in Ro | Starting Sala | Ending Sala | Salary: FY 2 |
|------|-----|--------|----------------|-----------|-----------------|----------------|---------------|-------------|--------------|
| Cano, John M | jmc2637 | Male | Hispanic | 9302 - Senior Information Technology Manager | 9/1/2021 | present | $96,000 | $109,000 | --- |
| Page, Nicolette | np7654 | Female | Hispanic/Black | 9303 - Information Technology Manager | 4/7/2023 | present | $84,500 | $84,500 | --- |
| Boelter, Jill | jb5656 | Female | White | 9303 - Information Technology Manager | 2/1/2024 | present | $92,750 | $92,750 | --- |
| Dwyer, Megan | md35537 | Female | White | 9302 - Senior Information Technology Manager | 9/1/2023 | present | $115,000 | $120,700 | --- |
| Pahnke, Lauren J | laurenjs | Female | White | 9302 - Senior Information Technology Manager | 9/1/2023 | present | $117,250 | $117,250 | --- |
| Pfeiffer, Maggie | mpp666 | Female | White | 9302 - Senior Information Technology Manager | 9/1/2023 | present | $117,000 | $117,000 | --- |
| Rutter, Beth | er23959 | Female | White | 9303 - Information Technology Manager | 9/7/2023 | present | $94,000 | $94,000 | --- |
| Smith, Melissa L | mls3765 | Female | White | 9302 - Senior Information Technology Manager | 5/15/2019 | present | $88,000 | $130,000 | $88, |
| Pahnke, Lauren J | laurenjs | Female | White | 9303 - Information Technology Manager | 9/1/2023 | 8/31/2023 | $105,000 | $110,250 | --- |
| Pfeiffer, Maggie | mpp665 | Female | White | 9303 - Information Technology Manager | 1/20/2021 | 8/31/2023 | $69,100 | $110,000 | --- |
| Tysor, Jen | js44344 | Female | White | 9302 - Senior Information Technology Manager | 10/1/2020 | 2/28/2023 | $110,000 | $124,800 | --- |
| Gibson, LeeAnn M | dodgelm | Female | White | 9303 - Information Technology Manager | 8/13/2021 | 11/30/2022 | $86,000 | $90,000 | --- |
| Cauthen, Emily | ec34873 | Female | White | 9303 - Information Technology Manager | 12/1/2019 | 11/2/2022 | $70,000 | $84,521 | --- |
| Dwyer, Megan | md35536 | Female | White | 9303 - Information Technology Manager | 1/2/2019 | 8/31/2022 | $75,000 | $105,000 | $75, |
| Gaskill, Anne Elizabeth | aeg469 | Female | White | 9303 - Information Technology Manager | 5/15/2019 | 3/14/2022 | $80,000 | $92,000 | $80, |
| Slater, Lori | lam733 | Female | Asian/White | 9302 - Senior Information Technology Manager | 4/4/2019 | 2/28/2022 | $120,007 | $128,554 | $120, |
| Telge, Susan L | telge | Female | White | 9302 - Senior Information Technology Manager | 7/11/2019 | 2/28/2022 | $108,092 | $113,564 | $108, |
| Dumitru, Emma | red2349 | Female | White | 9303 - Information Technology Manager | 5/15/2019 | 12/15/2021 | $95,400 | $107,640 | $95, |

My Applications

### Active (1)
#### Submitted Applications

| Submitted Date | Job Title | Job Requisition | Application Status | Supervisory Organization | Location | My Tasks | Manage Application |
|---|---|---|---|---|---|---|---|
| 02/23/2024 | Associate Director for Business Services | R_00031947 Associate Director for Business Services | Under Consideration | RECS (PM) Recreational Sports (Tatiana Calliham (tammyc)) | GRE - GREGORY GYMNASIUM | | |

### Inactive (88)

| Submitted Date | Job Title | Job Requisition | Application Status | Supervisory Organization | Location | Manage Application |
|---|---|---|---|---|---|---|
| 02/22/2024 | Executive Director of Health Systems Design and Engineering, Dell Medical School | R_00031973 Executive Director of Health Systems Design and Engineering, Dell Medical School | Withdrew Application | MDSC (PM) Dell Medical School (Michael Ryan (mjr4972)) | AUSTIN, TX | |
| 01/28/2024 | Associate Vice Provost and Academic Budget Officer | R_00031303 Associate Vice Provost and Academic Budget Officer | Withdrew Application | EPRM (PM) Resource Management (Larry Singell (lds2767)) | MAI - MAIN BUILDING | |
| 01/28/2024 | Assistant Director of Business Operations | R_00031320 Assistant Director of Business Operations | Withdrew Application | CPPM (PM) CPC - Capital Planning and Construction (Douglas Gilpin (dg39374)) | FC1 - FACILITIES COMPLEX BLDG. 1 | |
| 01/28/2024 | Director of Applications and Data, Texas McCombs | R_00029315 Director of Applications and Data, Texas McCombs | Withdrew Application | BUSD (PM) Technology Solutions (Cory Wilburn (cw42932)) | UT MAIN CAMPUS | |
| 01/28/2024 | Assistant Director for Business Affairs | R_00031518 Assistant Director for Business Affairs | Not Selected for Hire | LBJP (PM) Finance and Administration - Business Office (Amy Miller (aemiller)) | SRH - SID RICHARDSON HALL | |
| 01/28/2024 | Director of Faculty Affairs, School of Law | R_00031471 Director of Faculty Affairs, School of Law | Not Selected for Hire | LAWS (PM) School of Law (Eden Harrington (harring)) | TNH - TOWNES HALL | |
| 01/17/2024 | Associate Director - Finance and Payroll | R_00031286 Associate Director - Finance and Payroll | Withdrew Application | DHFS (PM) Business Services (Bridget Lawrence (bkl292)) | AUSTIN, TX KIN - KINSOLVING RESIDENCE HALL | |
| 01/01/2024 | Associate Director, Contract Operations, Dell Medical School | R_00030400 Associate Director, Contract Operations, Dell Medical School | Withdrew Application | MDSC (PM) Dell Medical School (Allison Fisher (af35268)) | AUSTIN, TX | |

My Applications

| Submitted Date | Job Title | Job Requisition | Application Status | Supervisory Organization | Location | Manage Application |
|---|---|---|---|---|---|---|
| 01/01/2024 | Assistant Director of Finance, Office of the Vice President for Research, Scholarship and Creative Endeavors | R_00030810 Assistant Director of Finance, Office of the Vice President for Research, Scholarship and Creative Endeavors | Withdrew Application | VRES (PM) Core Facilities (Julie Hayes (hayesjm)) | AUSTIN, TX | |
| 01/01/2024 | Senior Business Analyst | R_00030859 Senior Business Analyst | Withdrew Application | TRPO (PM) Academic Information Systems (Matthew Barsalou (mbb2489)) | AUSTIN, TX | |
| 01/01/2024 | Deputy Executive Director | R_00029163 Deputy Executive Director | Withdrew Application | BRCF (PM) Center for Biomedical Research Support (Hal Alper (ha3434)) | FNT - LARRY R. FAULKNER NANO SCI AND TECH | |
| 01/01/2024 | Digital Product Manager, Student Apps - Enrollment Management | R_00028356 Digital Product Manager, Student Apps - Enrollment Management | Not Selected for Hire | ECS1 (PM) Enrollment Management (Steven Martin (sam22353)) | UTA - UT ADMINISTRATION BUILDING | |
| 12/02/2023 | Senior Business Officer | R_00030679 Senior Business Officer | Withdrew Application | CPPM (PM) Campus Operations (Brent Stringfellow (bs43534)) | FC1 - FACILITIES COMPLEX BLDG. 1 | |
| 12/02/2023 | Associate Director | R_00030713 Associate Director | Not Selected for Hire | BFSV (PM) Business and Financial Services (Krista Hadavi (kh6346) (Inherited)) | FC1 - FACILITIES COMPLEX BLDG. 1 | |
| 11/30/2023 | Strategy Program Manager, Business Strategies Office | R_00030661 Strategy Program Manager, Business Strategies Office | Withdrew Application | BSTR (PM) VP for Business Strategies (Kathleen Brock (kpb464)) | AUSTIN, TX FAC - PETER T. FLAWN ACADEMIC CENTER | |
| 11/30/2023 | Senior Program Manager - Hybrid | R_00030300 Senior Program Manager - Hybrid | Not Selected for Hire | HRAV (PM) Office of the Vice President of People and Talent (Roger Cude (rlc4446)) | AUSTIN, TX | |
| 11/30/2023 | Program Manager | R_00030620 Program Manager | Withdrew Application | HRAV (PM) Office of the VP of People and Talent (Elida Lee (etponce)) | UTA - UT ADMINISTRATION BUILDING | |
| 11/30/2023 | Project Manager - Medical Device Technology Commercial Development | R_00030453 Project Manager - Medical Device Technology Commercial Development | Withdrew Application | OIEI (PM) Life Science Technology Development (Mike Yost (mjy439)) | UT MAIN CAMPUS | |
| 11/13/2023 | Senior Director, Department of Medical Education, Dell Medical School | R_00030401 Senior Director, Department of Medical Education, Dell Medical School | Withdrew Application | MDSC (PM) Dell Medical School (Michael Morrey (mam28544)) | AUSTIN, TX | |

My Applications

| Submitted Date | Job Title | Job Requisition | Application Status | Supervisory Organization | Location | Manage Application |
|---|---|---|---|---|---|---|
| 11/07/2023 | Associate Director for Research Relations, Cockrell School of Engineering | R_00029909 Associate Director for Research Relations, Cockrell School of Engineering | Withdrew Application | ENGR (PM) Cockrell School of Engineering (Eloisa Acha (ea27673)) | ECJ - ERNEST COCKRELL JR. HALL | |
| 10/17/2023 | Director, TOWER Fellows | R_00029569 Director, TOWER Fellows | Not Selected for Hire | BUSD (PM) Texas Executive Education (Gaylen Paulson (paulsong)) | UT MAIN CAMPUS | |
| 10/17/2023 | Deputy Executive Director | R_00029163 Deputy Executive Director | Not Selected for Hire | BRCF (PM) Center for Biomedical Research Support  (Hal Alper (ha3434)) | FNT - LARRY R. FAULKNER NANO SCI AND TECH | |
| 10/16/2023 | Managing Director, Office of Development, College of Natural Sciences | R_00029944 Managing Director, Office of Development, College of Natural Sciences | Not Selected for Hire | NASC (PM) CNS Development  (Zachary Richards (zmr333)) | WCH - WILL C. HOGG BLDG. | |
| 03/15/2023 | Procurement Director, Deputy to the AVP of Procurement and Payment Services | R_00025917 Procurement Director, Deputy to the AVP of Procurement and Payment Services | Withdrew Application | PURC (PM) Procurement and Payment Services (Rogelio Anasagasti (rea2344)) | AUSTIN, TX | |
| 03/13/2023 | Deputy Director - Transformation & Strategy Office (TSO) | R_00025876 Deputy Director - Transformation & Strategy Office (TSO) | Withdrew Application | TSOF (PM) Transformation and Strategy Office  (Daniel Liu (dkl599)) | MAI - MAIN BUILDING | |
| 03/13/2023 | Associate Director of Post-Award | R_00025767 Associate Director of Post-Award | Withdrew Application | OSPP (PM) Office of Sponsored Projects (Tony Carna (arc5838)) | WPR - WEST PICKLE RESEARCH BLDG (PRC 156) | |
| 03/07/2023 | Director of Industry Engagement | R_00025753 Director of Industry Engagement | Withdrew Application | ENGR (PM) Cockrell School of Engineering (Eloisa Acha (ea27673)) | EER - ENGR EDUCATION AND RESEARCH CENTER | |
| 03/07/2023 | Assistant Director, Texas Behavioral Science and Policy Institute | R_00025472 Assistant Director, Texas Behavioral Science and Policy Institute | Not Selected for Hire | PPRC (PM) Population Research Center (David Yeager (yeagerds)) | RLP - PATTON HALL | |
| 03/07/2023 | Senior Director, Department of Population Health, Dell Medical School | R_00025639 Senior Director, Department of Population Health, Dell Medical School | Withdrew Application | DMPH (PM) Department of Population Health (Navkiran Shokar (nks824)) | AUSTIN, TX | |
| 03/07/2023 | Document and Data Manager | R_00025783 Document and Data Manager | Withdrew Application | PMCS (PM) PL - Planning  (Ana Thiemer (akt494)) | AUSTIN, TX FC1 - FACILITIES COMPLEX BLDG. 1 | |

My Applications

| Submitted Date | Job Title | Job Requisition | Application Status | Supervisory Organization | Location | Manage Application |
|---|---|---|---|---|---|---|
| 03/07/2023 | Assistant Director for Operations | R_00022850 Assistant Director for Operations | Withdrew Application | CMPS (PM) Department of Computer Science (Brent Winkelman (blw233)) | AUSTIN, TX | |
| 02/16/2023 | HR Data Analyst | R_00025404 HR Data Analyst | Not Selected for Hire | VPRD (PM) University Development Office (Amanda Cole (asc3598)) | AUSTIN, TX | |
| 02/14/2023 | Director, Executive Education, LBJ School of Public Affairs | R_00025337 Director, Executive Education, LBJ School of Public Affairs | Withdrew Application | LBJP (PM) LBJ School of Public Affairs (Trent Thurman (tet226)) | SRH - SID RICHARDSON HALL | |
| 02/01/2023 | Associate Vice President for Communication and Engagement | R_00025184 Associate Vice President for Communication and Engagement | Not Selected for Hire | BSTR (PM) VP for Business Strategies (Jim Davis (davisje)) | AUSTIN, TX | |
| 02/01/2023 | Enterprise Application Support Manager | R_00025148 Enterprise Application Support Manager | Hired | EBIT (PM) Enterprise Business Information Technology Solutions (Mark Jacaman (mjacaman)) | AUSTIN, TX | |
| 01/26/2023 | Assistant Director for Outside Activities | R_00024704 Assistant Director for Outside Activities, Office of Research Support and Compliance | Withdrew Application | RSCO (PM) Office of Research Support and Compliance (Anne Tibbetts (atibbs)) | FAC - PETER T. FLAWN ACADEMIC CENTER | |
| 01/26/2023 | Director of Inclusion, Diversity, Equity, and Access (IDEA) at UT Libraries | R_00024517 Director of Inclusion, Diversity, Equity, and Access (IDEA) at UT Libraries | Not Selected for Hire | GLIB (PM) UT Libraries (Lorraine Haricombe (ljh2325)) | PCL - PERRY-CASTANEDA LIBRARY | |
| 01/25/2023 | Director of Human Resources | R_00024425 Director of Human Resources | Not Selected for Hire | TXUN (PM) University Unions (Mulugeta Ferede (mf27653)) | UNB - UNION BUILDING | |
| 12/06/2022 | Principal HR Consultant Compensation and Classification | R_00023762 Principal HR Consultant Compensation and Classification | Withdrew Application | HRAV (PM) Office of the VP of People and Talent (Karen Chawner (kc25739)) | AUSTIN, TX UTA - UT ADMINISTRATION BUILDING | |
| 12/05/2022 | Executive Director | R_00023892 Executive Director | Not Selected for Hire | GRAD (PM) Graduate School (Sarah Ades (sea2856)) | MAI - MAIN BUILDING | |
| 12/05/2022 | Change Manager | R_00024205 Change Manager | Not Selected for Hire | VPRD (PM) University Development Office (Donald Koenig (koenigdf)) | AUSTIN, TX | |

## My Applications

| Submitted Date | Job Title | Job Requisition | Application Status | Supervisory Organization | Location | Manage Application |
|---|---|---|---|---|---|---|
| 12/05/2022 | Assistant Vice President for Research, Core Facilities | R_00024010 Assistant Vice President for Research, Core Facilities | Withdrew Application | VRES (PM) Office of the Vice President for Research, Scholarship and Creative Endeavors (Daniel Jaffe (dtj)) | FAC - PETER T. FLAWN ACADEMIC CENTER | |
| 11/02/2022 | Assistant Director, Regulatory Support and Compliance | R_00023320 Assistant Director, Regulatory Support and Compliance | Withdrew Application | RSCO (PM) IRB and COI Program Management - Office of Research Support and Compliance (Kristen Crabtree (kac777)) | FAC - PETER T. FLAWN ACADEMIC CENTER | |
| 11/01/2022 | Director of Administration | R_00023573 Director of Administration | Not Selected for Hire | BMEN (PM) Biomedical Engineering (Tyrone Porter (tp24588)) | BME - BIOMEDICAL ENGINEERING BUILDING | |
| 09/22/2022 | Executive Director, Office of Strategic Initiatives, Financial and Administrative Services | R_00022885 Executive Director, Office of Strategic Initiatives, Financial and Administrative Services | Not Selected for Hire | VPEC (PM) Financial and Administrative Services (Daniel Slesnick (dts72655)) | AUSTIN, TX MAI - MAIN BUILDING | |
| 09/22/2022 | Director of Sponsored Projects Administration, Dell Medical School | R_00022891 Director of Sponsored Projects Administration, Dell Medical School | Withdrew Application | MDSC (PM) Dell Medical School (Suzannah Creech (skcreech)) | AUSTIN, TX | |
| 09/13/2022 | Assistant Director of Human Resources, Texas McCombs | R_00022660 Assistant Director of Human Resources, Texas McCombs | Not Selected for Hire | BUSD (PM) Human Resources (Rob Richardson (rjr2556)) | UT MAIN CAMPUS | |
| 09/12/2022 | Contracts and Financial Manager | R_00022506 Contracts and Financial Manager | Not Selected for Hire | COMM (PM) Business Services (Windy Hardaway (wchm12)) | DMC - G. B. DEALEY CENTER FOR NEW MEDIA | |
| 09/12/2022 | Director of Learning and Development | R_00022568 Director of Learning and Development | Not Selected for Hire | VPRD (PM) University Development Office (Amanda Cole (asc3598)) | AUSTIN, TX | |
| 09/02/2022 | Associate Director of Pre-Award Administration | R_00022344 Associate Director of Pre-Award Administration | Not Selected for Hire | OSPP (PM) Office of Sponsored Projects (Tony Carna (arc5838)) | WPR - WEST PICKLE RESEARCH BLDG (PRC 156) | |
| 08/17/2022 | Executive Director for Talent Development | R_00022087 Executive Director for Talent Development | Not Selected for Hire | VPRD (PM) University Development Office (Jennifer Wang (jlw2323)) | AUSTIN, TX | |

My Applications

| Submitted Date | Job Title | Job Requisition | Application Status | Supervisory Organization | Location | Manage Application |
|---|---|---|---|---|---|---|
| 08/09/2022 | Department Manager | R_00021442 Department Manager | Not Selected for Hire | AADS (PM) African and African Diaspora Studies, Department (Cherise Smith (cs2526)) | GWB - GORDON-WHITE BUILDING | |
| 08/09/2022 | Open Enrollments Program Director, Texas Executive Education | R_00018186 Open Enrollments Program Director, Texas Executive Education | Not Selected for Hire | BUSD (PM) Texas Executive Education (Gaylen Paulson (paulsong)) | UT MAIN CAMPUS | |
| 08/09/2022 | Director of Operations and Administration | R_00021912 Director of Operations and Administration | Withdrew Application | COMM (PM) Undergraduate Education (Cassandre Alvarado (cgiguere)) | DMC - G. B. DEALEY CENTER FOR NEW MEDIA | |
| 07/10/2022 | Assistant Director of Contracts and Agreements | R_00020832 Assistant Director of Contracts and Agreements | Not Selected for Hire | OSPP (PM) Office of Sponsored Projects (Tony Carna (arc5838)) | WPR - WEST PICKLE RESEARCH BLDG (PRC 156) | |
| 07/10/2022 | Senior Manager, Issues and Crisis Communications | R_00021057 Senior Manager, Issues and Crisis Communications | Not Selected for Hire | UMAC (PM) Univ Communications (Mike Rosen (rosenms4)) | MAI - MAIN BUILDING | |
| 07/10/2022 | Chief Financial and Administration Officer, Texas Global | R_00020931 Chief Financial and Administration Officer, Texas Global | Not Selected for Hire | GEIA (PM) Global Engagement (Sonia Feigenbaum (sf242)) | MAI - MAIN BUILDING | |
| 07/10/2022 | Business Development Manager | R_00021124 Business Development Manager | Not Selected for Hire | PRCC (PM) PRC Commons Building (Nicholai Fomin (nef244)) | AUSTIN, TX TCB - J NEILS THOMPSON COMMONS (PRC 137) | |
| 07/10/2022 | Payroll Director | R_00021172 Payroll Director | Not Selected for Hire | OACT (PM) Office of Accounting (Lori Peterson (lp4325) (Inherited)) | AUSTIN, TX MAI - MAIN BUILDING | |
| 07/10/2022 | Director of Career Education - Texas Career Engagement | R_00020816 Director of Career Education - Texas Career Engagement | Withdrew Application | CTCO (PM) Texas Career Engagement Career Services (Robert Vega (vegar1)) | FAC - PETER T. FLAWN ACADEMIC CENTER | |
| 04/22/2022 | Senior Talent Acquisition Program Coordinator | R_00018540 Senior Talent Acquisition Program Coordinator | Not Selected for Hire | ARL1 (PM) HR | PICKLE RESEARCH CAMPUS | |
| 04/08/2022 | Equal Opportunity and Diversity Data Manager | R_00016959 Equal Opportunity and Diversity Data Manager | Not Selected for Hire | EOS1 (PM) Division of Campus and Community Engagement (Marquita Booker (mb59842)) | Texas (Remote) | |

## My Applications

| Submitted Date | Job Title | Job Requisition | Application Status | Supervisory Organization | Location | Manage Application |
|---|---|---|---|---|---|---|
| 04/08/2022 | Senior Administrative Program Coordinator – OSP Trainer | R_00018664 Senior Administrative Program Coordinator – OSP Trainer | Not Selected for Hire | OSPP (PM) Office of Sponsored Projects (Leslie Martinez (lam6242)) | WPR - WEST PICKLE RESEARCH BLDG (PRC 156) | |
| 04/08/2022 | Sr. Contracts Coordinator-Contracts & Agreements | R_00018218 Sr. Contracts Coordinator-Contracts & Agreements | Withdrew Application | OSPP (PM) Office of Sponsored Projects (Mohini Patel (mp33283)) | WPR - WEST PICKLE RESEARCH BLDG (PRC 156) | |
| 03/07/2022 | Associate Director of Human Resources - School of Undergraduate Studies and Enrollment Management | R_00018471 Associate Director of Human Resources - School of Undergraduate Studies and Enrollment Management | Not Selected for Hire | UGST (PM) Undergraduate College (Michael Valdez (mvaldez2)) | UTA - UT ADMINISTRATION BUILDING | |
| 01/24/2022 | Assistant Director of Human Resources - School of Undergraduate Studies and Enrollment Management | R_00017594 Assistant Director of Human Resources - School of Undergraduate Studies and Enrollment Management | Not Selected for Hire | UGST (PM) Undergraduate College (Michael Valdez (mvaldez2)) | UTA - UT ADMINISTRATION BUILDING | |
| 12/20/2021 | Assistant Director, Admissions and Student Affairs | R_00017056 Assistant Director, Admissions and Student Affairs | Not Selected for Hire | LBJP (PM) Lyndon B Johnson School of Public Affairs (Shannon Chapman (ss113002)) | SRH - SID RICHARDSON HALL | |
| 11/30/2021 | Assistant Director of Admission Pathways | R_00016435 Assistant Director of Admission Pathways | Not Selected for Hire | ADMS (PM) Office of Admissions  (Michael Washington (admw)) | UTA - UT ADMINISTRATION BUILDING | |
| 11/04/2021 | Director of Employee Engagement, Culture and DEIB | R_00016357 Director of Employee Engagement, Culture and DEIB | Not Selected for Hire | VPRD (PM) University Development Office (David Livingston (dwl59) (Inherited)) (inactive) | DEV - DEVELOPMENT OFFICE BUILDING | |
| 11/04/2021 | Executive Associate for Strategic Improvements and Correspondence Management | R_00015162 Executive Associate for Strategic Improvements and Correspondence Management | Not Selected for Hire | VPEC (PM) Financial and Administrative Services  (Daniel Slesnick (dts72655)) | AUSTIN, TX | |
| 08/04/2021 | Director of Strategy and Planning | R_00013464 Director of Strategy and Planning | Not Selected for Hire | DSSC (PM) Department of Statistics and Data Sciences  (Catherine Calder (cc68446)) | GDC - GATES DELL COMPLEX | |
| 08/04/2021 | Associate Director of Special Programs | R_00014107 Associate Director of Special Programs | Not Selected for Hire | VPRD (PM) University Development Office (Justin Killingsworth (jhk945)) | LCH - LITTLEFIELD CARRIAGE HOUSE | |

My Applications

| Submitted Date | Job Title | Job Requisition | Application Status | Supervisory Organization | Location | Manage Application |
|---|---|---|---|---|---|---|
| 08/03/2021 | Senior Manager of Operations & Insights, McCombs School of Business Career Management | R_00014366 Senior Manager of Operations & Insights, McCombs School of Business Career Management | Not Selected for Hire | BUSD (PM) Career Management and Corporate Relations (Sarita Soldz (s9595)) | RRH - ROBERT B. ROWLING HALL | |
| 02/08/2021 | Diversity Program Manager | R_00011894 Diversity Program Manager | Not Selected for Hire | EVPP (PM) Diversity (Sharon Wood (swood) (Inherited))   (inactive) | MAI - MAIN BUILDING | |
| 07/22/2019 | Assistant Director | R_00004611 Assistant Director | Not Selected for Hire | MLBS (PM) Molecular Biosciences  (Jeffrey Gross (jmg2742)) | NHB - NORMAN HACKERMAN BUILDING | |
| 07/14/2019 | Help Desk Manager | R_00004527 Help Desk Manager | Not Selected for Hire | EBIT (PM) Enterprise Business Information Technology Solutions (Mark Jacaman (mjacaman)) | MAI - MAIN BUILDING | |
| 07/11/2019 | Chief of Staff | R_00004415 Chief of Staff | Not Selected for Hire | ILAS (PM) Teresa Lozano Long Institute of Latin American Studies  (Adela Pineda (aep67)) | SRH - SID RICHARDSON HALL | |
| 07/11/2019 | Administrative Manager | R_00004518 Administrative Manager | Not Selected for Hire | LING (PM) Department of Linguistics  (John Beavers (jbeavers)) | RLP - PATTON HALL | |
| 07/07/2019 | Assistant Director for Internal Medicine Specialties, Department of Internal Medicine | R_00003902 Assistant Director for Internal Medicine Specialties, Department of Internal Medicine | Withdrew Application | DMMD (PM) Department of Medicine  (Ollieta Nicholas (oln95)) | HDB - HEALTH DISCOVERY BUILDING | |
| 07/07/2019 | Data Center Solutions Analyst | R_00004306 Data Center Solutions Analyst | Not Selected for Hire | DATA (PM) ITS University Data Centers and Electronic Physical Security Systems  (Aaron Wilson (maw3738)) | CRB - COMPUTATIONAL RESOURCE BUILDING | |
| 07/07/2019 | CNS Director of Entrepreneurship Initiatives | R_00003504 CNS Director of Entrepreneurship Initiatives | Not Selected for Hire | OIEI (PM) Texas Innovation Center (Kathleen Brock (kpb464) (Inherited)) | WCH - WILL C. HOGG BLDG. | |
| 07/07/2019 | Clinical Materials Manager, UT Health Austin | R_00004406 Clinical Materials Manager, UT Health Austin | Withdrew Application | MDSC (PM) Dell Medical School  (Lisa Jackson (lcj588) (Inherited)) | HTB - HEALTH TRANSFORMATION BUILDING | |
| 07/07/2019 | Tuition Billing Supervisor | R_00004316 Tuition Billing Supervisor | Not Selected for Hire | OACT (PM) Office of Accounting  (Hodges Mitchell (hgm56)) | MAI - MAIN BUILDING | |

My Applications

| Submitted Date | Job Title | Job Requisition | Application Status | Supervisory Organization | Location | Manage Application |
|---|---|---|---|---|---|---|
| 07/07/2019 | Manager of Enterprise IT Customer Success, Information Technology, Dell Medical School | R_00004176 Manager of Enterprise IT Customer Success, Information Technology, Dell Medical School | Withdrew Application | MDSC (PM) Dell Medical School (Elizabeth Racine (enr674)) | HTB - HEALTH TRANSFORMATION BUILDING | |
| 07/07/2019 | HR Operations Manager | R_00004169 HR Operations Manager | Withdrew Application | COLA (PM) College of Liberal Arts  (Tamela Walker (scottl)) | GEB - DOROTHY L. GEBAUER BUILDING | |
| 07/07/2019 | Assistant Vice President, Procurement and Payment Services | R_00003727 Assistant Vice President, Procurement and Payment Services | Not Selected for Hire | VPEC (PM) Financial and Administrative Services  (Daniel Slesnick (dts72655)) | UT MAIN CAMPUS | |
| 07/07/2019 | Manager, Billing & Insurance | R_00004098 Manager, Billing & Insurance | Hired | UHCS (PM) Business Services  (Monica Dowd (tuttlemm)) | SSB - STUDENT SERVICES BUILDING | |
| 07/07/2019 | Executive Assistant | R_00004104 Executive Assistant | Not Selected for Hire | COLA (PM) Liberal Arts - Student Affairs Leadership  (Mia Carter (carterme)) | GEB - DOROTHY L. GEBAUER BUILDING | |

**Worker Event History with Filter Parameters**

| Action Event | Business Process Reason | Job Profile | Position ID |
|---|---|---|---|
| Data Change: Emily Cauthen (Terminated) (ec34873) | Change Job Details | 9303 - Information Technology Manager (Salary) | P_1000045812 |
| Transfer: Emily Cauthen (Terminated) (ec34873) | Move to Another Position on my Team | 9303 - Information Technology Manager (Salary) | P_1000045812 |
| Terminate: Emily Cauthen (Terminated) (ec34873) | From UT Austin | 9303 - Information Technology Manager (Salary) | P_0000006793 |
| Compensation Change: Emily Cauthen (ec34873) - Enterprise Application Support Manager | Equity/Structural Adjustment | 9303 - Information Technology Manager (Salary) | P_0000006793 |
| Compensation Change: Emily Cauthen (ec34873) - Enterprise Application Support Manager | Longevity/Hazard Allowance | 9303 - Information Technology Manager (Salary) | P_0000006793 |
| Compensation Change: Emily Cauthen (ec34873) - Enterprise Application Support Manager | New Allowance | 9303 - Information Technology Manager (Salary) | P_0000006793 |
| Data Change: Emily Cauthen (Terminated) (ec34873) | Change Location | 9303 - Information Technology Manager (Salary) | P_0000006793 |
| Compensation Change: Emily Cauthen (ec34873) - Enterprise Application Support Manager | Merit | 9303 - Information Technology Manager (Salary) | P_0000006793 |
| Compensation Change: Emily Cauthen (ec34873) - Enterprise Application Support Manager | Merit | 9303 - Information Technology Manager (Salary) | P_0000006793 |

| | | | |
|---|---|---|---|
| Compensation Change: Emily Cauthen (ec34873) - Enterprise Application Support Manager | Permanent Additional Duties | 9303 - Information Technology Manager (Salary) | P_0000006793 |
| Compensation Change: Emily Cauthen (ec34873) - Enterprise Application Support Manager | Longevity/Hazard Allowance | 9303 - Information Technology Manager (Salary) | P_0000006793 |
| Transfer: Emily Cauthen (Terminated) (ec34873) | Move to Another Position on my Team | 9303 - Information Technology Manager (Salary) | P_0000006793 |
| Transfer: Emily Cauthen (Terminated) (ec34873) | Move to another Manager | 8109S - Training Specialist III (Salary) | P_0000130351 |
| Compensation Change: Emily Cauthen (ec34873) - Training Specialist III - 1124JD | Merit | 8109S - Training Specialist III (Salary) | P_0000130351 |
| Compensation Change: Emily Cauthen (ec34873) - Training Specialist III - 1124JD | Allowance Change/End | 8109S - Training Specialist III (Salary) | P_0000130351 |
| Compensation Change: Emily Cauthen (ec34873) - Training Specialist III - 1124JD | Conversion | 8109S - Training Specialist III (Salary) | P_0000130351 |
| Hire: Emily Cauthen (ec34873) | Conversion | 8109S - Training Specialist III (Salary) | P_0000130351 |

| Business Title | Position Start Date | Effective Date | End Employment/Contract Date |
|---|---|---|---|
| Enterprise Application Support Manager | 12/1/2019 | 12/1/2019 | |
| Information Technology Manager | 12/1/2019 | 12/1/2019 | |
| Enterprise Application Support Manager | 12/1/2019 | 11/2/2022 | |
| Enterprise Application Support Manager | 12/1/2019 | 9/1/2022 | |
| Enterprise Application Support Manager | 12/1/2019 | 5/1/2022 | |
| Enterprise Application Support Manager | 12/1/2019 | 12/1/2021 | |
| Enterprise Application Support Manager | 12/1/2019 | 10/1/2021 | |
| Enterprise Application Support Manager | 12/1/2019 | 9/1/2021 | |
| Enterprise Application Support Manager | 12/1/2019 | 8/31/2021 | |

| | | |
|---|---|---|
| Enterprise Application Support Manager | 12/1/2019 | 8/1/2021 |
| Enterprise Application Support Manager | 12/1/2019 | 5/1/2020 |
| Enterprise Application Support Manager | 12/1/2019 | 12/1/2019 |
| Training Specialist III - 1124JD | 4/4/2016 | 9/1/2019 |
| Training Specialist III - 1124JD | 4/4/2016 | 9/1/2019 |
| Training Specialist III - 1124JD | 4/4/2016 | 10/25/2018 |
| Training Specialist III - 1124JD | 4/4/2016 | 10/25/2018 |
| Training Specialist III - 1124JD | 4/4/2016 | 4/4/2016 |

| Position Vacate Date | Scheduled Weekly Hours | FTE | Pay Rate Type |
|---|---|---|---|
| | 40 | 1 | Salary |
| | 40 | 1 | Salary |
| 11/2/2022 | 40 | 1 | Salary |
| 11/2/2022 | 40 | 1 | Salary |
| 11/2/2022 | 40 | 1 | Salary |
| 11/2/2022 | 40 | 1 | Salary |
| 11/2/2022 | 40 | 1 | Salary |
| 11/2/2022 | 40 | 1 | Salary |
| 11/2/2022 | 40 | 1 | Salary |

| 11/2/2022 | 40 | 1 Salary |
|---|---|---|
| 11/2/2022 | 40 | 1 Salary |
| 11/2/2022 | 40 | 1 Salary |
| 11/30/2019 | 40 | 1 Salary |
| 11/30/2019 | 40 | 1 Salary |
| 11/30/2019 | 40 | 1 Salary |
| 11/30/2019 | 40 | 1 Salary |
| 11/30/2019 | 40 | 1 Salary |

| Total Base Pay - Annualized | Total Base Pay - Monthly | Salary Plans | Allowance Plans |
|---|---|---|---|
| $70,000.00 | $5,833.33 | Salary - Salary, 70,000.00 USD Annual | Allowance - Longevity, 20.00 USD Monthly: Individual Target |
| $70,000.00 | $5,833.33 | Salary - Salary, 70,000.00 USD Annual | Allowance - Longevity, 20.00 USD Monthly: Individual Target |
| $84,521.00 | $7,043.41 | Salary - Salary, 84,521.00 USD Annual | Allowance - Longevity, 60.00 USD Monthly: Individual Target |
| $84,521.00 | $7,043.41 | Salary - Salary, 84,521.00 USD Annual | Allowance - Longevity, 60.00 USD Monthly: Individual Target |
| $75,621.00 | $6,301.75 | Salary - Salary, 75,621.00 USD Annual | Allowance - Longevity, 60.00 USD Monthly: Individual Target |
| $75,621.00 | $6,301.75 | Salary - Salary, 75,621.00 USD Annual | Allowance - Temporary Additional Duties (Monthly), 220.56 USD Monthly: Individual Target Allowance - Longevity, 40.00 USD Monthly: Individual Target |
| $75,621.00 | $6,301.75 | Salary - Salary, 75,621.00 USD Annual | Allowance - Temporary Additional Duties (Monthly), 220.56 USD Monthly: Individual Target Allowance - Longevity, 40.00 USD Monthly: Individual Target |
| $75,621.00 | $6,301.75 | Salary - Salary, 75,621.00 USD Annual | Allowance - Longevity, 40.00 USD Monthly: Individual Target |
| $70,000.00 | $5,833.33 | Salary - Salary, 70,000.00 USD Annual | Allowance - Longevity, 40.00 USD Monthly: Individual Target |

| | | | |
|---|---|---|---|
| $73,500.00 | $6,125.00 | Salary - Salary, 73,500.00 USD Annual | Allowance - Longevity, 40.00 USD Monthly: Individual Target |
| $70,000.00 | $5,833.33 | Salary - Salary, 70,000.00 USD Annual | Allowance - Longevity, 40.00 USD Monthly: Individual Target |
| $70,000.00 | $5,833.33 | Salary - Salary, 70,000.00 USD Annual | Allowance - Longevity, 20.00 USD Monthly: Individual Target |
| $52,551.00 | $4,379.25 | Salary - Salary, 52,551.00 USD Annual | Allowance - Longevity, 20.00 USD Monthly: Individual Target |
| $52,551.00 | $4,379.25 | Salary - Salary, 52,551.00 USD Annual | Allowance - Longevity, 20.00 USD Monthly: Individual Target |
| $51,521.00 | $4,293.41 | Salary - Salary, 51,521.00 USD Annual | Allowance - Longevity, 20.00 USD Monthly: Individual Target |
| $51,521.00 | $4,293.41 | Salary - Salary, 51,521.00 USD Annual | Allowance - Longevity, 20.00 USD Monthly: Individual Target |

| Exempt Status | Employee Type | Job Family | Dean/VP |
|---|---|---|---|
| Exempt | Regular Benefits Eligible (Expected to Continue) | Staff Service Titles | VPEC (PM) Financial and Administrative Services (Daniel Slesnick (dts72655)) |
| Exempt | Regular Benefits Eligible (Expected to Continue) | Staff Service Titles | VPEC (PM) Financial and Administrative Services (Daniel Slesnick (dts72655)) |
| Exempt | Regular Benefits Eligible (Expected to Continue) | Staff Service Titles | VPEC (PM) Financial and Administrative Services (Daniel Slesnick (dts72655)) |
| Exempt | Regular Benefits Eligible (Expected to Continue) | Staff Service Titles | VPEC (PM) Financial and Administrative Services (Daniel Slesnick (dts72655)) |
| Exempt | Regular Benefits Eligible (Expected to Continue) | Staff Service Titles | VPEC (PM) Financial and Administrative Services (Daniel Slesnick (dts72655)) |
| Exempt | Regular Benefits Eligible (Expected to Continue) | Staff Service Titles | VPEC (PM) Financial and Administrative Services (Daniel Slesnick (dts72655)) |
| Exempt | Regular Benefits Eligible (Expected to Continue) | Staff Service Titles | VPEC (PM) Financial and Administrative Services (Daniel Slesnick (dts72655)) |
| Exempt | Regular Benefits Eligible (Expected to Continue) | Staff Service Titles | VPEC (PM) Financial and Administrative Services (Daniel Slesnick (dts72655)) |
| Exempt | Regular Benefits Eligible (Expected to Continue) | Staff Service Titles | VPEC (PM) Financial and Administrative Services (Daniel Slesnick (dts72655)) |

| | | | |
|---|---|---|---|
| Exempt | Regular Benefits Eligible (Expected to Continue) | Staff Service Titles | VPEC (PM) Financial and Administrative Services (Daniel Slesnick (dts72655)) |
| Exempt | Regular Benefits Eligible (Expected to Continue) | Staff Service Titles | VPEC (PM) Financial and Administrative Services (Daniel Slesnick (dts72655)) |
| Exempt | Regular Benefits Eligible (Expected to Continue) | Staff Service Titles | VPEC (PM) Financial and Administrative Services (Daniel Slesnick (dts72655)) |
| Non-Exempt | Regular Benefits Eligible (Expected to Continue) | Communications Titles | VPEC (PM) Financial and Administrative Services (Daniel Slesnick (dts72655)) |
| Non-Exempt | Regular Benefits Eligible (Expected to Continue) | Communications Titles | VPEC (PM) Financial and Administrative Services (Daniel Slesnick (dts72655)) |
| Non-Exempt | Regular Benefits Eligible (Expected to Continue) | Communications Titles | VPEC (PM) Financial and Administrative Services (Daniel Slesnick (dts72655)) |
| Non-Exempt | Regular Benefits Eligible (Expected to Continue) | Communications Titles | VPEC (PM) Financial and Administrative Services (Daniel Slesnick (dts72655)) |
| Non-Exempt | Regular Benefits Eligible (Expected to Continue) | Communications Titles | VPEC (PM) Financial and Administrative Services (Daniel Slesnick (dts72655)) |

| Supervisory Organization | Manager | Position | Date and Time Completed |
|---|---|---|---|
| EBIT (JM) Enterprise Business Information Technology Solutions (Mark Jacaman (mjacaman)) | Mark Jacaman (mjacaman) | Enterprise Application Support Manager | 12/6/2019 16:28 |
| EBIT (JM) Enterprise Business Information Technology Solutions (Mark Jacaman (mjacaman)) | Mark Jacaman (mjacaman) | Enterprise Application Support Manager | 11/21/2019 13:22 |
| EBIT (PM) Enterprise Business Information Technology Solutions (Mark Jacaman (mjacaman)) | Mark Jacaman (mjacaman) | Enterprise Application Support Manager | 10/21/2022 9:56 |
| EBIT (PM) Enterprise Business Information Technology Solutions (Mark Jacaman (mjacaman)) | Mark Jacaman (mjacaman) | Enterprise Application Support Manager | 8/26/2022 8:31 |
| EBIT (PM) Enterprise Business Information Technology Solutions (Mark Jacaman (mjacaman)) | Mark Jacaman (mjacaman) | Enterprise Application Support Manager | 5/1/2022 7:09 |
| EBIT (PM) Enterprise Business Information Technology Solutions (Mark Jacaman (mjacaman)) | Mark Jacaman (mjacaman) | Enterprise Application Support Manager | 12/20/2021 9:24 |
| EBIT (PM) Enterprise Business Information Technology Solutions (Mark Jacaman (mjacaman)) | Mark Jacaman (mjacaman) | Enterprise Application Support Manager | 10/1/2021 14:13 |
| EBIT (PM) Enterprise Business Information Technology Solutions (Mark Jacaman (mjacaman)) | Mark Jacaman (mjacaman) | Enterprise Application Support Manager | 8/10/2021 10:09 |
| EBIT (PM) Enterprise Business Information Technology Solutions (Mark Jacaman (mjacaman)) | Mark Jacaman (mjacaman) | Enterprise Application Support Manager | 7/25/2021 10:14 |

| | | | |
|---|---|---|---|
| EBIT (PM) Enterprise Business Information Technology Solutions (Mark Jacaman (mjacaman)) | Mark Jacaman (mjacaman) | Enterprise Application Support Manager | 7/30/2021 16:05 |
| EBIT (PM) Enterprise Business Information Technology Solutions (Mark Jacaman (mjacaman)) | Mark Jacaman (mjacaman) | Enterprise Application Support Manager | 5/1/2020 7:10 |
| EBIT (PM) Enterprise Business Information Technology Solutions (Mark Jacaman (mjacaman)) | Mark Jacaman (mjacaman) | Enterprise Application Support Manager | 12/10/2019 12:43 |
| ADMI (PM) CIO/ITS COO Office (Connie Lobb (cgl524)) | Connie Lobb (cgl524) | Training Specialist III - 1124JD | 9/13/2019 13:23 |
| USER (PM) ITS Customer Support Services (Susan Roy (sjr2587) (Inherited)) | Kayle Daley (Terminated) (kkd446) | Training Specialist III - 1124JD | 8/21/2019 12:10 |
| USER (PM) ITS Customer Support Services (Susan Roy (sjr2587) (Inherited)) | Kayle Daley (Terminated) (kkd446) | Training Specialist III - 1124JD | 10/28/2018 10:30 |
| USER (PM) ITS Customer Support Services (Susan Roy (sjr2587) (Inherited)) | Kayle Daley (Terminated) (kkd446) | Training Specialist III - 1124JD | 10/28/2018 9:55 |
| USER (PM) ITS Customer Support Services (Susan Roy (sjr2587) (Inherited)) | Kayle Daley (Terminated) (kkd446) | Training Specialist III - 1124JD | 10/26/2018 17:04 |