IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

| | |
|---|---|
| NICOLETTE D. PAGE,<br>　　Plaintiff,<br><br>v.<br><br>UNIVERSITY OF TEXAS AT AUSTIN,<br>　　Defendant. | §<br>§<br>§<br>§　　CASE NO. 1:24-cv-01249-DAE<br>§<br>§<br>§ |

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
### FOR LEAVE TO FILE AMENDED COMPLAINT

Today, the Court considered Plaintiff's Unopposed Motion for Leave to File Amended Complaint. The Court **GRANTS** the motion. It is therefore **ORDERED** that the Clerk accept and docket Plaintiff's First Amended Complaint, which was attached as Exhibit 1 to Plaintiff's Unopposed Motion for Leave to File Amended Complaint.

Signed on this  7th  day of _____April__, 2025.

_____
HONORABLE DAVID ALAN EZRA
SENIOR UNITED STATES DISTRICT JUDGE