IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

| | | |
|---|---|---|
| NICOLETTE D. PAGE,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | CASE NO. 1:24-cv-01249-DAE |
| UNIVERSITY OF TEXAS AT AUSTIN,<br>    Defendant. | §<br>§<br>§ | |

## PLAINTIFF'S EXPERT DESIGNATION

TO THE HONORABLE SENIOR UNITED STATES DISTRICT JUDGE:

Comes now Plaintiff, Nicolette Page, and pursuant to Rule 26(a)(2)(A) of the Federal Rules of Civil Procedure and the Court's Scheduling Order, designates the following testifying experts:

Matt Bachop; and

Marlene Iglesias-Gonzales, MA, LPC.

The materials required by Rule 26(a)(2)(C) have been served on Defendant.

*Respectfully submitted,*

DEATS DURST & OWEN, PLLC

    /s/ Matt Bachop
Matt Bachop
TBN: 24055127
mbachop@ddollaw.com
8140 N Mopac Expy, Suite 4-250
Austin, Texas 78759
(512) 474-6200
FAX (512) 474-7896

Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the foregoing document has been served on counsel for Defendant, Terri Abernathy, Terri.Abernathy@oag.texas.gov, Office of the Attorney General, P.O. Box 12548, Capitol Station, Austin, Texas 78711-2548, by the Court's CM/ECF system on this 12th day of June, 2025.

                                                <u>/s/ Matt Bachop</u>
                                                 Matt Bachop