IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

| | | |
|---|---|---|
| NICOLETTE D. PAGE,<br>      Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | CASE NO. 1:24-cv-01249-DAE |
| UNIVERSITY OF TEXAS AT AUSTIN,<br>      Defendant. | §<br>§<br>§ | |

## JOINT ADR REPORT

TO THE HONORABLE SENIOR UNITED STATES DISTRICT JUDGE:

The parties jointly file this ADR report pursuant to the Court's Scheduling Order (Document 10) and Local Rule CV-88.

The parties jointly certify that they will agree upon a method of ADR, an ADR provider, the method of compensating the provider, and a date for completing the ADR proceeding prior to mediating the case and will mediate the case prior to 60 days before the date of the trial setting.

*Respectfully submitted,*

DEATS DURST & OWEN, PLLC

          /s/ Matt Bachop
Matt Bachop
TBN: 24055127
mbachop@ddollaw.com
8140 N Mopac Expy, Suite 4-250
Austin, Texas 78759
(512) 474-6200
FAX (512) 474-7896

Attorney for Plaintiff

/s/ *Terri M. Abernathy*
Terri M. Abernathy
Assistant Attorney General
Texas State Bar No. 24062894
Office of the Attorney General of Texas
P.O. Box 12548
Austin, Texas 78711–2548
Phone (512) 979-5354
Fax (512) 320-0667
Email terri.abernathy@oag.texas.gov

*Counsel for Defendant*
*The University of Texas at Austin*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served on counsel for Defendant, Terri Abernathy, Terri.Abernathy@oag.texas.gov, Office of the Attorney General, P.O. Box 12548, Capitol Station, Austin, Texas 78711-2548, by the Court's CM/ECF system on this 25th day of July, 2025.

/s/ Matt Bachop
Matt Bachop