IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| NICOLETTE D. PAGE,<br>*Plaintiff*,<br><br>v.<br><br>UNIVERSITY OF TEXAS AT AUSTIN,<br>*Defendant*. | §<br>§<br>§<br>§  Case No. 1:24-cv-01249–DAE<br>§<br>§<br>§ |

**JOINT MOTION FOR REFERRAL TO MAGISTRATE FOR MEDIATION
AND STAY OF DISPOSITIVE MOTIONS DEADLINE**

TO THE HONORABLE JUDGE EZRA:

The parties to this action jointly request the case be referred to a magistrate judge to conduct a mediation as soon as schedules permit and the dispositive motions deadline in this case be stayed.

As context, the parties completed depositions September 8, 2025, and all discovery responses are due September 15, 2025. Pursuant to the Agreed Scheduling Order filed January 15, 2025, Dkt. #10, the current dispositive motion deadline is October 25, 2025. The case is not currently set for trial. The parties are now requesting an opportunity to mediate this cause.

Given the case is currently pending before the Western District of Texas, Austin Division, the parties request this matter be scheduled for a settlement conference before a magistrate judge in Austin, Texas. The parties further request that the dispositive motion deadline be stayed or, in the alternative, be set to 45 days following the filing of the mediator's report.

For these reasons, the parties request the Court grant this Motion for Referral to Magistrate for Mediation and Stay of Dispositive Motions Deadline.

Date submitted: September 12, 2025.

| | |
|---|---|
| /s/ *Matt Bachop* | /s/ *Terri M. Abernathy* |
| Matt Bachop | Terri M. Abernathy |
| Texas State Bar No.24055127 | Assistant Attorney General |
| DEATS DURST & OWEN, PLLC | Texas State Bar No. 24062894 |
| 8140 N. Mopac Expy, Suite 4–250 | OFFICE OF THE ATTORNEY GENERAL OF TEXAS |
| Austin, Texas 78759 | General Litigation Division |
| Phone (512) 474-6200 x1005 | P.O. Box 12548, Capitol Station |
| Email mbachop@ddollaw.com | Austin, Texas 78711 |
| *Counsel for Plaintiff Nicolette Page* | Phone (512) 979-5354 |
| | Email terri.abernathy@oag.texas.gov |
| | *Counsel for Defendant University of Texas* |