IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| NICOLETTE D. PAGE, §<br>*Plaintiff*, §<br>§<br>v. §<br>§<br>UNIVERSITY OF TEXAS AT AUSTIN, §<br>*Defendant*. § | Case No. 1:24-cv-01249–DAE |

**ORDER REFERRAL TO MAGISTRATE FOR MEDIATION
AND STAY OF DISPOSITIVE MOTIONS DEADLINE**

On this date, the Court considered the parties' Joint Motion for Referral to Magistrate for Mediation and Stay of Dispositive Motions Deadline. After due consideration, the Court finds said Motion should be granted.

It is therefore ORDERED that this cause be referred to a magistrate judge for mediation.

It is further ORDERED that the parties are assigned to mediation before Magistrate Judge _____ in Austin, Texas at a date and time as agreed to by the Magistrate.

It is further ORDERED that the dispositive motions deadline be stayed at this time and until further agreement of the parties or order of this Court.

Signed this _____, 2025.

_____
THE HONORABLE JUDGE DAVID A. EZRA