IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| NICOLETTE D. PAGE, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 1:24–cv–01249–DAE |
| | § | |
| UNIVERSITY OF TEXAS AT AUSTIN, | § | |
| *Defendant.* | § | |

## JOINT MOTION FOR ENTRY OF
## AGREED CONFIDENTIALITY AND PROTECTIVE ORDER

Plaintiff Nicolette Page and Defendant University of Texas at Austin (collectively, the Parties) file this Joint Motion for Entry of Agreed Confidentiality and Protective Order and request that the Court enter the attached Agreed Confidentiality and Protective Order. The Parties have signed, agreed, and submitted the attached Agreed Confidentiality and Protective Order.

Dated: September 12, 2025.

/s/ Matt Bachop
Matt Bachop
Texas State Bar No.24055127
DEATS DURST & OWEN, PLLC
8140 N. Mopac Expy, Suite 4–250
Austin, Texas 78759
Phone (512) 474-6200 x1005
Email mbachop@ddollaw.com
*Counsel for Plaintiff Nicolette Page*

/s/ Terri M. Abernathy
Terri M. Abernathy
Assistant Attorney General
Texas State Bar No. 24062894
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711
Phone (512) 979-5354
Email terri.abernathy@oag.texas.gov
*Counsel for Defendant University of Texas*