UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Nicolette D. Page,<br> *Plaintiff,*<br>vs.<br><br>University Of Texas At Austin,<br> *Defendants*. | §<br>§<br>§  NO:  AU:24-CV-01249-DAE<br>§<br>§<br>§ |

## ORDER REFERRING MATTER TO MAGISTRATE JUDGE

In accordance with the authority vested in the United States Magistrate Judge pursuant to 28 U.S.C. § 636(b), the instant action is hereby **REFERRED** to United States Magistrate Howell for the purpose mediation. Upon completion of mediation, the undersigned retains full jurisdiction over all other matters.

IT IS SO ORDERED.

DATED: Austin, Texas, September 23, 2025.

                  _____
                  DAVID ALAN EZRA
                  SENIOR U.S. DISTRICT JUDGE