

**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

December 19, 2025

The Honorable David Alan Ezra
United States District Court
262 West Nueva Street
San Antonio, Texas 78207
***Via Electronic Filing***

Re:   *Civil Action No. 1:24-cv-01249-DAE*; *Nicolette D. Page v. University of Texas at Austin, In the Western District of Texas at Austin Division*

Dear Judge Ezra:

Please be advised that I will be on vacation and unavailable from **December 19, 2025, through January 6, 2026**. I respectfully request that no deadlines, hearings, settings, trials, or other event requiring a response or my presence be set in the above–referenced matter during this time. I further request that no requests requiring immediate attention or activating deadlines be made during this time. I appreciate your observance of this request. By copy of this letter, I have notified all counsel of record.

Thank you for your consideration in this matter.

Respectfully,

/s/ *Terri M. Abernathy*

Terri Abernathy, Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
General Litigation Division
Phone (512) 936-0562
Email terri.abernathy@oag.texas.gov

Cc: *Via eService as follows:* Matt Bachop, 2901 Bee Caves Rd., Ste. L, Austin, Texas 78746, Phone (512) 474-6200, Fax (512) 474-7896, email mbachop@dollaw.com.