# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| NICOLETTE D. PAGE,<br>*Plaintiff* | §§§§ |
| v. | § No. 1:24-CV-01249-DAE |
| UNIVERSITY OF TEXAS AT AUSTIN,<br>*Defendant* | §§§§§ |

## REPORT OF MEDIATOR

TO:   THE HONORABLE DAVID A. EZRA
      SENIOR UNITED STATES DISTRICT JUDGE

This is to report that after a mediation session on January 15, 2026, despite the good-faith efforts of the parties, they were unable to reach a settlement of the case.

SIGNED January 16, 2026.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE

1