

## KEN PAXTON
### ATTORNEY GENERAL OF TEXAS

March 11, 2026

Matt Bachop
DEATS DURST & OWEN, PLLC
2901 Bee Caves Rd., Ste. L
Austin, Texas 78746
Phone (512) 474-6200
*Via Email to* mbachop@ddollaw.com
*Counsel for Plaintiff Nicolette D. Page*

Re:    Offer of Judgment for Nicolette D. Page in *Nicolette D. Page v. The University of Texas at Austin*, Case No. 1:24-cv-01249-DAE, In the United States District Court for the Western District of Texas, Austin Division

Dear Mr. Bachop:

Pursuant to Federal Rule of Civil Procedure 68, Defendant The University of Texas at Austin (UT) offers to allow judgment to be taken against it in this litigation in the amount of twenty–five thousand dollars ($25,000), plus costs (including reasonable attorney's fees) in the amount agreed to by the parties or determined by the Court) accrued up to and including today's date. This offer of judgment will remain open and irrevocable for fourteen (14) days after the date of service. *See* Fed. R. Civ. P. 68(a). If you do not accept within 14 days after service, the offer will be considered withdrawn. *See* Fed. R. Civ. P. 68(a), (b). This offer of judgment, whether accepted or not, is not an admission of liability or wrongdoing.

Sincerely,

/s/ *Terri M. Abernathy*

Terri M. Abernathy
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
General Litigation
P.O. Box 12548
Austin, Texas 78711
Phone (512) 936-0562
Facsimile (512) 320-0667
e-Mail terri.abernathy@oag.texas.gov
*Counsel for Defendant*
*The University of Texas at Austin*