| | |
|---|---|
| **From:** | Matt Bachop |
| **To:** | Terri Abernathy |
| **Cc:** | Victoria Gomez |
| **Subject:** | RE: Page v. UT, Offer of Judgment |
| **Date:** | Monday, March 16, 2026 11:19:00 AM |
| **Attachments:** | Time.PDF |
| | Expenses.PDF |

Terri,

Ms. Page has authorized me to accept UT's offer of judgment.

Our fees and expenses are $93,874.21, consisting of 184.1 hours of attorney time at $500 per hour and $1,824.21 in filing, serving, and court reporter fees. The supporting documentation is attached. Please let me know whether we can agree on that amount or whether we will need to have the Court decide on fees and expenses. Thanks,

Matt

_____

Matt Bachop
Deats Durst & Owen, P.L.L.C.

**New address** (mail only):
2901 Bee Caves Rd., Ste. L
Austin, Texas 78746
737-205-1026 (direct) / 512-474-6200 x 1005
www.ddollaw.com

**From:** Terri Abernathy <Terri.Abernathy@oag.texas.gov>
**Sent:** Wednesday, March 11, 2026 11:08 AM
**To:** Matt Bachop <mbachop@ddollaw.com>
**Cc:** Victoria Gomez <Victoria.Gomez@oag.texas.gov>
**Subject:** RE: Page v. UT, Offer of Judgment

Thank you! You, too. :)

*Terri M. Abernathy*
Assistant Attorney General
General Litigation Division

PRIVILEGED AND CONFIDENTIAL: This communication may be confidential and/or privileged pursuant to Government Code Sections 552.101, 552.103, 552.107 and 552.111, and should not be disclosed without the express authorization of the Attorney General.

**From:** Matt Bachop <mbachop@ddollaw.com>
**Sent:** Wednesday, March 11, 2026 11:07 AM
**To:** Terri Abernathy <Terri.Abernathy@oag.texas.gov>
**Cc:** Victoria Gomez <Victoria.Gomez@oag.texas.gov>

**Subject:** RE: Page v. UT, Offer of Judgment

Thanks, Terri. I will discuss with Ms. Page and get you a response as soon as I can.

I hope that you enjoy Spring Break.

---

Matt Bachop
Deats Durst & Owen, P.L.L.C.

**New address** (mail only):
2901 Bee Caves Rd., Ste. L
Austin, Texas 78746
737-205-1026 (direct) / 512-474-6200 x 1005
www.ddollaw.com

---

**From:** Terri Abernathy <Terri.Abernathy@oag.texas.gov>
**Sent:** Wednesday, March 11, 2026 10:15 AM
**To:** Matt Bachop <mbachop@ddollaw.com>
**Cc:** Victoria Gomez <Victoria.Gomez@oag.texas.gov>
**Subject:** Page v. UT, Offer of Judgment

Matt,

Hello! I hope you are well. Please see the attached Offer of Judgment from my client. Please note I will be out next week—the week of March 16. Please let me know if you have any questions.

Thank you,

*Terri M. Abernathy*
Assistant Attorney General
General Litigation Division

PRIVILEGED AND CONFIDENTIAL: This communication may be confidential and/or privileged pursuant to Government Code Sections 552.101, 552.103, 552.107 and 552.111, and should not be disclosed without the express authorization of the Attorney General.