| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | Terri Abernathy; Victoria Gomez |
| **Subject:** | Relayed: RE: Page v. UT, Offer of Judgment |
| **Date:** | Monday, March 16, 2026 11:19:56 AM |
| **Attachments:** | RE Page v. UT Offer of Judgment.msg |

Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

Terri Abernathy (Terri.Abernathy@oag.texas.gov) <mailto:Terri.Abernathy@oag.texas.gov>
Victoria Gomez (Victoria.Gomez@oag.texas.gov) <mailto:Victoria.Gomez@oag.texas.gov>
Subject: RE: Page v. UT, Offer of Judgment