**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION**

| | | |
|---|---|---|
| NICOLETTE D. PAGE, | § | |
|     **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CASE NO. 1:24-cv-01249-DAE** |
| | § | |
| UNIVERSITY OF TEXAS AT AUSTIN, | § | |
|     **Defendant.** | § | |

## PLAINTIFF'S UNOPPOSED MOTION FOR ENTRY OF JUDGMENT

TO THE HONORABLE SENIOR UNITED STATES DISTRICT JUDGE:

Plaintiff files this motion asking the Court to enter judgment based on the FED. R. CIV. P. 68 Offer of Judgment made by Defendant and accepted by Plaintiff.

Defendant made its Offer of Judgment on March 11, 2026 (Doc. 38). Plaintiff accepted the Offer of Judgment on March 16 (Doc. 38-1). Plaintiff filed the offer and notice of acceptance, plus proof of service, on March 24 (Docs. 38–38-2).

Under these circumstances, "[t]he clerk must then enter judgment." FED. R. CIV. P. 68(a). Plaintiff submits with this motion a proposed judgment incorporating all elements of Defendant's Offer of Judgment. Plaintiff requests entry of the proposed judgment.

*Respectfully submitted,*

DEATS DURST & OWEN, PLLC
    */s/ Matt Bachop*
Matt Bachop
TBN: 24055127
mbachop@ddollaw.com
2901 Bee Caves Rd., Ste. L
Austin, Texas 78746
(512) 474-6200
FAX (512) 474-7896

Attorney for Plaintiff

## CERTIFICATE OF CONFERENCE

This is to certify I conferred with counsel for Defendant, Ms. Terri Abernathy, concerning the relief sought by this motion, and Ms. Abernathy stated that the relief sought is not opposed.

*/s/ Matt Bachop*
Matt Bachop

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served on all counsel of record by the Court's CM/ECF system on this 2nd day of April, 2026.

*/s/ Matt Bachop*
Matt Bachop

[2]