**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION**

| | | |
|---|---|---|
| NICOLETTE D. PAGE, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 1:24-cv-01249-DAE |
| | § | |
| UNIVERSITY OF TEXAS AT AUSTIN, | § | |
|     Defendant. | § | |

## JUDGMENT

Today, the Court considered Plaintiff's Unopposed Motion for Entry of Judgment. After considering the motion, the pleadings, and the arguments of counsel, the Court **GRANTS** the motion. It is therefore **ORDERED** that judgment is awarded for Plaintiff against Defendant, University of Texas at Austin, in the sum of $25,000.00. It is **FURTHER ORDERED** that Plaintiff recover from Defendant costs accrued up to and including March 11, 2026, including reasonable attorney's fees. Because the parties have not reached agreement on the amount of costs, including reasonable attorney's fees, the amount will be determined by the Court under FED. R. CIV. P. 54(d). Post-judgment interest shall accrue at the annual rate of 3.79% until the judgment is paid in full.

This Judgment is not an admission of liability or wrongdoing by Defendant.

**IT IS SO ORDERED.**

Signed this __7th__ day of __April__, 2026.

_____
HONORABLE DAVID ALAN EZRA
SENIOR UNITED STATES DISTRICT JUDGE