AO 133    (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | | |
|---|---|---|
| Nicolette D. Page | ) | |
| | ) | |
| v. | ) | Case No.: 1:24-cv-01249-DAE |
| University of Texas at Austin | ) | |
| | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___04/07/2026___ against ___Defendant___ ,
                                                                              *Date*

the Clerk is requested to tax the following as costs:

| | | |
|---|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 360.12 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 95.69 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | | 1,361.20 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| TOTAL | $ | 1,817.01 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

[✓]  Electronic service          [ ]  First class mail, postage prepaid

[ ]  Other: _____

s/ Attorney: ___Matt Bachop___

Name of Attorney: ___Matt Bachop___

For: ___Plaintiff Nicolette D. Page___          Date: ___04/16/2026___
           *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

___Clerk of Court___          ___Deputy Clerk___          ___Date___

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

**Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)**

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# Envelope # 92182836

## Envelope Information

**Envelope Id**
92182836

**Submitted Date**
9/18/2024 3:20 PM CST

**Submitted User Name**
mbachop@ddollaw.com

## Case Information

**Location**
Travis County - District Clerk Civil/Family

**Category**
Civil - Employment

**Case Type**
Discrimination

**Procedures / Remedies**
Temporary Restraining Order/Injunction

**Damages Sought**
Monetary relief over $1,000,000 but not
more than $5,000,000

## Filings

**Filing Type**
EFileAndServe

**Filing Code**
Petition

**Filing Description**
Plaintiff's Original Petition

**Comments to Court**
Citation and service are not needed at
this time.

**Filing Status**
Submitting

### Lead Document

| File Name | Description | Security | Download |
|---|---|---|---|
| P's Original Petition.pdf | Plaintiff's Original Petition | Does not contain sensitive data | Original File |

## eService Details

| Status | Name | Firm | Served | Date Opened |
|---|---|---|---|---|
| Not Sent | Matthew Bachop | Deats Durst Owen & Levy, PLLC | No | Not Opened |

 Support

| Status | Name | Firm | Served | Date Opened |
|---|---|---|---|---|
| Not Sent | Abby Marin | | No | Not Opened |

# Parties with No eService

| Name | Address |
|---|---|
| University of Texas at Austin | |

Fees

**Petition**

| Description | Amount |
|---|---|
| Filing Fee | $0.00 |
| | **Filing Total:** $0.00 |

| | |
|---|---|
| Total Filing Fee | $0.00 |
| Court Case Fee | $350.00 |
| Payment Service Fee | $10.12 |
| | **Envelope Total:** $360.12 |

| **Transaction Amount** | $360.12 | | |
|---|---|---|---|
| **Transaction Id** | 135856209 | | |
| **Filing Attorney** | Matthew Bachop | **Order Id** | 092182836-0, 0921828… |
| **Filer Type** | Not Applicable | **Transaction Response** | Authorized |

© 2024 Tyler Technologies
Version: 2022.1.10.10551

# Details - Case # D-1-GN-24-006871 - Envelope # 92439544

## Envelope

Envelope ID
92439544

Submitted by
Matthew Bachop

Submitted date
09/25/2024 1:26 PM

Username
mbachop@ddollaw.com

## Case Information

Court Location
Travis County - 201th District Court

Case Type
Discrimination

Case Category
Civil - Employment

Judge
201ST, DISTRICT COURT

## Parties

| Party Type | Party Name | Lead Attorney |
| --- | --- | --- |

## Filings

Filing Code
No Fee Documents

Filing Type
eFile and Serve

Filing Description
SERVICE REQUEST FORM- UNIVERSITY OF TEXAS AT AUSTIN

Client Ref #



## Service Details

| Recipient Name | Associated Party | Service Methods | |
|---|---|---|---|
| Abby Marin | Other Service Contacts | EServe | ⌄ |
| Matthew Bachop | Other Service Contacts | EServe | ⌄ |

## Fees

Payment account
Deats Durst & Owen
Party responsible for envelope fees
Filing attorney
Matthew Bachop
Order ID
092439544-0
Transaction Response
Approved
Transaction Amount
$95.69
Transaction ID
136403429

| Filing Fees | |
|---|---|
| No Fee Documents | $0.00 |
| Issue Citation | $8.00 |
| Service - Constable - Personal Service | $85.00 |

| Service Fees | |
|---|---|
| Convenience Fee | $2.69 |

| **Grand Total** | **$95.69** |
|---|---|

 ESQUIRE DEPOSITION SOLUTIONS

*Invoice*  **INV3250407**

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | | | |
|---|---|---|---|
| **Date** | 9/19/2025 | **Client Number** | C02248 |
| **Terms** | Net 30 | **Esquire Office** | San Antonio |
| **Due Date** | 10/19/2025 | **Proceeding Type** | Deposition |
| | | **Name of Insured** | |
| | | **Adjuster** | |
| | | **Firm Matter/File #** | |
| | | **Client VAL ID** | |
| | | **Date of Loss** | |

**Bill To**
Deats Durst & Owen - Austin
8140 North Mopac Expressway, Suite 4-250
Austin TX 78759

**Services Provided For**
Deats Durst & Owen - Austin
Bachop, Matt
8140 North Mopac Expressway, Suite 4-250
Austin TX 78759

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 9/8/2025 | J13133743 | Austin, TEXAS | NICOLETTE D. PAGE V. UNIVERSITY OF TEXAS AT AUSTIN |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| TRANSCRIPT - O&1 - VC-WI | Heather Hanna 30b6 | 71 | 6.30 | | $447.30 |
| E-EXHIBITS B&W ORIG | Heather Hanna 30b6 | 22 | 0.65 | | $14.30 |
| E- EXHIBITS COLOR ORIG | Heather Hanna 30b6 | 66 | 0.65 | | $42.90 |
| LITIGATION SUPPORT PACKAGE | Heather Hanna 30b6 | 1 | 60.00 | | $60.00 |
| PROCESSING & COMPLIANCE | Heather Hanna 30b6 | 1 | 55.00 | | $55.00 |
| INTELLIGENT SUMMARY+: UNDER 100 PAGES | Heather Hanna 30b6 | 1 | 50.00 | | $50.00 |

*Representing Client: Deats Durst & Owen (P) : Deats Durst & Owen - Austin*

| | |
|---|---|
| **Subtotal** | 669.50 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $669.50 |
| **Amount Due** | 669.50 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Click Here to Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | Deats Durst & Owen - Austin |
| **Client #** | C02248 |
| **Invoice #** | INV3250407 |
| **Invoice Date** | 9/19/2025 |
| **Due Date** | 10/19/2025 |
| **Amount Due** | **$669.50** |



*Invoice*  **INV3250431**

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | | | |
|---|---|---|---|
| **Date** | 9/19/2025 | **Client Number** | C02248 |
| **Terms** | Net 30 | **Esquire Office** | San Antonio |
| **Due Date** | 10/19/2025 | **Proceeding Type** | Deposition |
| | | **Name of Insured** | |
| | | **Adjuster** | |
| | | **Firm Matter/File #** | |
| | | **Client VAL ID** | |
| | | **Date of Loss** | |

**Bill To**
Deats Durst & Owen - Austin
8140 North Mopac Expressway, Suite 4-250
Austin TX 78759

**Services Provided For**
Deats Durst & Owen - Austin
Bachop, Matt
8140 North Mopac Expressway, Suite 4-250
Austin TX 78759

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 9/8/2025 | J13133743 | Austin, TEXAS | NICOLETTE D. PAGE V. UNIVERSITY OF TEXAS AT AUSTIN |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| APP FEE: FIRST HOUR | | 1 | 75.00 | | $75.00 |
| APP FEE: ADDITIONAL HOURS | | 2.5 | 75.00 | | $187.50 |
| TRANSCRIPT - O&1 - VC-WI | Kelly Lomasney 30b6 | 13 | 6.30 | | $81.90 |
| LITIGATION SUPPORT PACKAGE | Kelly Lomasney 30b6 | 1 | 60.00 | | $60.00 |
| PROCESSING & COMPLIANCE | Kelly Lomasney 30b6 | 1 | 55.00 | | $55.00 |
| TRANSCRIPT - O&1 - VC-WI | Stephanie Myers 30b6 | 18 | 6.30 | | $113.40 |
| E-EXHIBITS B&W ORIG | Stephanie Myers 30b6 | 6 | 0.65 | | $3.90 |
| LITIGATION SUPPORT PACKAGE | Stephanie Myers 30b6 | 1 | 60.00 | | $60.00 |
| PROCESSING & COMPLIANCE | Stephanie Myers 30b6 | 1 | 55.00 | | $55.00 |

|  |  |
|---|---|
| **Subtotal** | 691.70 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $691.70 |
| **Amount Due** | 691.70 |

*Representing Client: Deats Durst & Owen (P) : Deats Durst & Owen - Austin*

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Click Here to Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | Deats Durst & Owen - Austin |
| **Client #** | C02248 |
| **Invoice #** | INV3250431 |
| **Invoice Date** | 9/19/2025 |
| **Due Date** | 10/19/2025 |
| **Amount Due** | **$691.70** |