3/16/2026
11:05 AM

DEATS, DURST & OWEN, P.L.L.C.
Time Only



Page    1

---

Selection Criteria

---

| Slip.Classification | Open |
| Clie.Selection | Include: Page, Nicolett |

---

| Transaction Date | User |
| Description | Time |

---

**Initials: MB**

| 7/22/2024 | MB |
| Reviewing documents to prepare for consult, attending consult, drafting attorney-client contract for client and e-mail to client re: same | 1.70 |

---

| 7/23/2024 | MB |
| Downloading and organizing voluminous documentation from client, beginning to draft demand letter | 2.80 |

---

| 7/24/2024 | MB |
| Completing first draft of post-RTS settlement letter, e-mail to client re: same, finalizing and sending same, e-mails to and from DIA investigator and client re: UT attorney assigned to the case who should be communicated with | 2.00 |

---

| 8/1/2024 | MB |
| E-mails to and from client re: her request for status update | 0.10 |

---

| 8/8/2024 | MB |
| E-mail to OC nudging on settlement, e-mails to and from client re: same and next steps | 0.40 |

---

| 8/8/2024 | MB |
| Reviewing EEOC FOIA response, e-mail to client re: same; e-mails to and from OC and client re: making opening settlement offer | 0.30 |

---

| 8/9/2024 | MB |
| E-mails to and from client re: making settlement offer, call to client re: same | 0.20 |

---

| 8/9/2024 | MB |
| Call with client to discuss settlement strategy, damages, and opening offer | 1.00 |

---

| 8/13/2024 | MB |
| Drafting settlement email and emails to and from client re: same | 1.90 |

---

| 8/14/2024 | MB |
| E-mails to and from client re: damages model | 0.80 |

---

| 3/16/2026 | DEATS, DURST & OWEN, P.L.L.C. | | |
|---|---|---|---|
| 11:05 AM | Time Only | Page | 2 |

| Transaction Date | User |
|---|---|
| Description | Time |

| 8/15/2024 | MB |
|---|---|
| E-mails to and from client re: damages and settlement | 0.30 |

| 8/15/2024 | MB |
|---|---|
| Call with client and finalizing and sending settlement demand to OC | 0.80 |

| 9/3/2024 | MB |
|---|---|
| E-mail to OC nudging on settlement | 0.10 |

| 9/3/2024 | MB |
|---|---|
| E-mails to and from client re: her request for status update | 0.20 |

| 9/10/2024 | MB |
|---|---|
| E-mail from OC and e-mail to client re: status of settlement negotiations, beginning to draft original petition for lawsuit | 2.30 |

| 9/16/2024 | MB |
|---|---|
| E-mail from OC re: UT not negotiating, e-mail to client re: same, continuing to draft lawsuit | 0.60 |

| 9/17/2024 | MB |
|---|---|
| Completing first draft of petition and e-mail to client re: same | 1.50 |

| 9/18/2024 | MB |
|---|---|
| E-mails to and from client re: her proposed edits to petition, questions about petition, and questions about strategy | 0.80 |

| 9/18/2024 | MB |
|---|---|
| Finalizing and filing lawsuit, e-mails to and from OC re: accepting e-mail service in lieu of formal service of process | 0.80 |

| 9/19/2024 | MB |
|---|---|
| Filing and jury fees for Plaintiff's Original Complaint | 0.00 |

| 9/20/2024 | MB |
|---|---|
| E-mails to and from client re: her questions on HOP update and impact on our communications | 0.40 |

| 9/20/2024 | MB |
|---|---|
| E-maills to OC and client re: petition filing accepted, next steps for service | 0.20 |

| 9/24/2024 | MB |
|---|---|
| E-mails to and from client re: her request for status update, nudging OC on service | 0.20 |

| 3/16/2026 | DEATS, DURST & OWEN, P.L.L.C. | | |
| 11:05 AM | Time Only | Page | 3 |

| Transaction Date | User |
| Description | Time |

| | |
|---|---|
| 9/25/2024 | MB |
| Arranging for service of lawsuit, e-mail to client re: same | 0.40 |
| 9/25/2024 | MB |
| Service fees for Plaintiff's Original Petition | 0.00 |
| 9/27/2024 | MB |
| E-mails to and from client re: more thoughts on elements of damages | 0.10 |
| 10/2/2024 | MB |
| Checking status of service and e-mail to client re: same | 0.20 |
| 10/4/2024 | MB |
| Reviewing return of service, calendaring answer deadline, e-mail to client re: same and next steps | 0.20 |
| 10/4/2024 | MB |
| E-mails to and from client re: her questions on possible removal of case to federal court | 0.20 |
| 10/7/2024 | MB |
| E-mails to and from client re: her follow-up questions on Section 1981 | 0.20 |
| 10/18/2024 | MB |
| Reviewing D's answer, e-mail to client re: same and initial disclosures and next steps in litigation, e-mails to and from client re: her questions on disclosures | 0.50 |
| 10/18/2024 | MB |
| Reviewing removal documents and e-mail to client re: same and next steps | 0.20 |
| 10/21/2024 | MB |
| Reviewing order for phone conference, legal research on statutes cited in same, e-mail to client re: same and strategy for same | 0.20 |
| 10/22/2024 | MB |
| E-mails to and from client re: possible disqualification of Judge Pitman | 0.10 |
| 10/30/2024 | MB |
| Prepare for and participate in phone hearing on Judge Pitman disqualification, e-mails to and from client and OC re: same, reviewing OC's draft notice on same and e-mails to and from OC re: same | 0.50 |

3/16/2026
11:05 AM

DEATS, DURST & OWEN, P.L.L.C.
Time Only

Page    4

| Transaction Date Description | User Time |
|---|---|
| 11/13/2024<br>E-mail to OC re: scheduling 26(f) conference | MB<br>0.10 |
| 11/14/2024<br>E-mails to and from OC re: timing and logistics of 26(f) conference | MB<br>0.20 |
| 11/20/2024<br>Reviewing and revising 26(f) report and proposed scheduling order drafted by OC, e-mails to and from OC re: same, e-mail to client re: same | MB<br>1.00 |
| 12/23/2024<br>Beginning to draft initial disclosures and to organize docs to be produced with disclosures | MB<br>2.70 |
| 1/2/2025<br>Reviewing order scheduling conference call hearing, e-mails to client and OC re: same | MB<br>0.20 |
| 1/3/2025<br>Completing first draft of disclosures and document production, e-mail to client re: same | MB<br>0.70 |
| 1/6/2025<br>E-mails to and from client re: her questions, comments, and edits on disclosure responses; revising draft responses in light of same | MB<br>1.90 |
| 1/7/2025<br>Further revisions to draft disclosures based on further comments from client | MB<br>0.50 |
| 1/8/2025<br>Continuing to revise draft disclosures in response to new information provided by client | MB<br>0.30 |
| 1/15/2025<br>E-mails to and from OC re: potential trial dates, preparing for and calling into scheduling hearing | MB<br>0.50 |
| 1/15/2025<br>Reviewing and revising disclosures and associated document production | MB<br>0.60 |
| 1/16/2025<br>E-mails to and from OC re: her request for extension of disclosure deadline | MB<br>0.10 |

3/16/2026        DEATS, DURST & OWEN, P.L.L.C.
11:05 AM        Time Only        Page    5

| Transaction Date<br>Description | User<br>Time |
|---|---|
| 1/16/2025<br>Reviewing news articles sent by client | MB<br>0.10 |
| 1/17/2025<br>E-mails to and from OC and e-mail to client re: extension of disclosure deadline | MB<br>0.10 |
| 1/21/2025<br>Reviewing scheduling order and calendaring deadlines, e-mail to client re: same | MB<br>0.30 |
| 1/22/2025<br>Reviewing and revising P's Initial Disclosures | MB<br>0.10 |
| 1/23/2025<br>Finalizing and serving P's initial disclosures and associated production, beginning to review D's disclosures and production, e-mail to client re: same | MB<br>1.60 |
| 1/24/2025<br>Continuing to review UT doc production | MB<br>1.80 |
| 1/29/2025<br>E-mails to and from Page re: UT employee having negative reaction to contact by UT in response to seeing name on disclosures | MB<br>0.10 |
| 1/29/2025<br>Completing initial review of documents produced with UT disclosures | MB<br>3.50 |
| 1/30/2025<br>Reviewing new recording submitted by client and e-mails to and from client re: her questions on the recording and its implications for FMLA claim | MB<br>0.80 |
| 1/30/2025<br>Beginning to draft first set of written discovery requests | MB<br>2.10 |
| 1/31/2025<br>E-mails to and from client re: various discovery issues | MB<br>0.20 |
| 1/31/2025<br>Completing first draft of first set of written discovery requests to UT, e-mails to and from client re: same, revising draft requests in light of same | MB<br>2.40 |

3/16/2026                                           DEATS, DURST & OWEN, P.L.L.C.
11:05 AM                                                      Time Only                                               Page        6

| Transaction Date | User |
| Description | Time |
| --- | --- |
| 1/31/2025 | MB |
| Beginning to draft supplemental disclosures and beginning to organize additional documents for production with supplemental disclosures | 0.50 |
| 2/3/2025 | MB |
| Revising draft discovery requests in response to many more notes from client, e-mails to and from client re: same | 2.00 |
| 2/3/2025 | MB |
| Continuing to review and organize documents for supplemental disclosures production | 1.00 |
| 2/4/2025 | MB |
| E-mails to and from client re: her EAP records | 0.10 |
| 2/4/2025 | MB |
| Finalizing and serving 1st Supp Disclosures and associated production | 1.10 |
| 2/4/2025 | MB |
| Finalizing and serving first set of written discovery requests | 0.60 |
| 2/6/2025 | MB |
| E-mails to and from OC conferring on UT's motion to substitute lawyer | 0.20 |
| 2/11/2025 | MB |
| Reviewing EAP records obtained by client, e-mails to and from client re: producing same to UT in discovery, organizing and producing documents | 0.80 |
| 2/13/2025 | MB |
| E-mails to and from client re: records that she wants to request on Heather Hanna promotion and on EAP statistics | 0.20 |
| 2/14/2025 | MB |
| Drafting 2nd RFPs and e-mails to and from client re: same | 0.50 |
| 2/14/2025 | MB |
| Finalizing and serving 2nd set of RFPs, e-mail to client re: same | 0.30 |
| 2/17/2025 | MB |
| Multiple e-mails from client on more documents she wants to request, drafting 3rd RFPs and e-mail to client re: same, call from client re: same, finalizing and serving 3rd RFPs, reviewing additional documents produced by client, preparing documents for production to UT and e-mail to OC re: same | 2.10 |

3/16/2026                                  DEATS, DURST & OWEN, P.L.L.C.
11:05 AM                                           Time Only                                   Page      7

Transaction Date                                                                                     User
Description                                                                                          Time

---

2/18/2025                                                                                              MB
E-mails to and from OC re: scheduling time to discuss case, e-mail to client re: same and potentially reopening    0.20
settlement negotiations

---

2/20/2025                                                                                              MB
Reviewing order vacating trial date, e-mail to client re: same                                        0.10

---

2/20/2025                                                                                              MB
E-mails to and from OC and e-mail to client re: question on our RFP 48, call to client re: same       0.20

---

3/4/2025                                                                                               MB
Meeting with new lawyer for UT re: introductions and discovery issues, e-mail to client to debrief on meeting,    1.20
e-mails to and from OC on magistrate and more discovery issues

---

3/5/2025                                                                                               MB
E-mails to and from OC re: more questions on timesheet approval discovery requests                    0.30

---

3/6/2025                                                                                               MB
E-mails to and from OC re: timing of UT's discovery responses                                         0.10

---

3/7/2025                                                                                               MB
Reviewing D's responses to written discovery requests, e-mail to client re: same, e-mail to OC re: schedule for    1.20
document production and deficiencies in responses

---

3/10/2025                                                                                              MB
Reviewing and taking notes on documents produced by UT after COB on Friday, e-mail to client re: same    3.60

---

3/12/2025                                                                                              MB
E-mails to and from OC re: scheduling a meeting to discuss discovery issues                            0.10

---

3/14/2025                                                                                              MB
Meeting with opposing counsel to discuss discovery issues and impending 12(c) motion, e-mail to client re: same    0.70

---

3/14/2025                                                                                              MB
Brief initial review of 12(c) motion and e-mail to client re: same                                    0.30

---

3/24/2025                                                                                              MB
Drafting, filing, and serving M to Extend Deadline to Respond to MTD; beginning to draft amended complaint    4.00

---

| 3/16/2026 | DEATS, DURST & OWEN, P.L.L.C. | | |
|---|---|---|---|
| 11:05 AM | Time Only | Page | 8 |

| Transaction Date | User |
|---|---|
| Description | Time |

| 3/25/2025 | MB |
|---|---|
| Drafting M for Leave to File Amended Complaint, beginning to draft Resp to MTD | 1.40 |

| 4/1/2025 | MB |
|---|---|
| Continuing to draft resp to D's MTD, e-mail to client re: same and amending complaint | 3.40 |

| 4/3/2025 | MB |
|---|---|
| E-mails to and from client re: her edits to draft amended complaint, revising draft amended complaint in light of same, reviewing and revising response to MTD | 1.90 |

| 4/3/2025 | MB |
|---|---|
| E-mails to and from OC and client re: UT's request for extension of discovery deadline | 0.10 |

| 4/4/2025 | MB |
|---|---|
| E-mails to and from client and further revisions to Amended Complaint and Resp to MTD; finalizing, filing, and serving same | 2.20 |

| 4/7/2025 | MB |
|---|---|
| Beginning to review UT's most recent document dump | 2.30 |

| 4/8/2025 | MB |
|---|---|
| Continuing to review UT's most recent document dump | 1.30 |

| 4/9/2025 | MB |
|---|---|
| Continuing to review UT's most recent document dump | 2.60 |

| 4/10/2025 | MB |
|---|---|
| Continuing to review UT's most recent document dump | 0.40 |

| 4/11/2025 | MB |
|---|---|
| Continuing to review UT's most recent document dump | 3.10 |

| 4/14/2025 | MB |
|---|---|
| Reviewing new and amended discovery responses, downloading new document production, e-mail to client re: same | 1.30 |

| 4/17/2025 | MB |
|---|---|
| Downloading another new set of produced documents, e-mail to client re: same | 0.30 |

| 3/16/2026 | DEATS, DURST & OWEN, P.L.L.C. | | |
|---|---|---|---|
| 11:05 AM | Time Only | Page | 9 |

| Transaction Date | User |
|---|---|
| Description | Time |

| 4/21/2025 | MB |
|---|---|
| Reviewing UT's 12(b)(6) motion, e-mail to client re: same | 1.00 |

| 4/25/2025 | MB |
|---|---|
| Beginning to draft Resp to D's 2nd MTD | 1.00 |

| 4/28/2025 | MB |
|---|---|
| Continuing to draft Resp to D's 2nd MTD | 1.70 |

| 4/29/2025 | MB |
|---|---|
| Continuing to draft response to 12(b)(6) motion | 2.70 |

| 4/30/2025 | MB |
|---|---|
| Completing first draft of response to 12(b)(6) motion | 0.70 |

| 5/2/2025 | MB |
|---|---|
| Reviewing and revising Resp to MTD | 1.40 |

| 5/5/2025 | MB |
|---|---|
| Final revisions to, finalizing, filing, and serving Resp to 2nd MTD | 1.10 |

| 5/7/2025 | MB |
|---|---|
| Continuing to review UT document production | 1.40 |

| 5/8/2025 | MB |
|---|---|
| Continuing to review UT document production | 2.60 |

| 5/9/2025 | MB |
|---|---|
| Continuing to review UT docs | 3.60 |

| 5/12/2025 | MB |
|---|---|
| Reviewing UT's reply in support of MTD, e-mail to client re: same and next steps | 0.40 |

| 5/13/2025 | MB |
|---|---|
| Continuing to review UT document production | 1.10 |

| 5/14/2025 | MB |
|---|---|
| Continuing to review UT documents | 0.50 |

3/16/2026
11:05 AM

DEATS, DURST & OWEN, P.L.L.C.
Time Only

Page    10

| Transaction Date<br>Description | User<br>Time |
|---|---|
| 5/15/2025<br>Continuing to review UT docs | MB<br>0.40 |
| 5/16/2025<br>Continuing to review UT document production | MB<br>1.60 |
| 5/19/2025<br>Continuing to review UT document production | MB<br>4.90 |
| 5/20/2025<br>Continuing to review UT records | MB<br>1.00 |
| 5/21/2025<br>Continuing to review UT documents | MB<br>1.10 |
| 5/22/2025<br>Continuing to review UT doc production | MB<br>2.60 |
| 5/27/2025<br>E-mails to and from client re: case status and how to proceed | MB<br>0.70 |
| 5/28/2025<br>E-mails to and from client re: expert witness disclosure deadline, scheduling time to discuss same, call with client re: same | MB<br>0.40 |
| 5/28/2025<br>Finally completing review of UT document production, beginning to draft corporate rep depo notice | MB<br>2.50 |
| 5/29/2025<br>Continuing to draft corporate rep depo notice | MB<br>0.40 |
| 5/30/2025<br>Completing first draft of corporate rep depo notice with list of topics and e-mail to client re: same | MB<br>2.20 |
| 6/2/2025<br>E-mails to and from client re: her suggestions for additional topics for corporate rep depo notice and my questions on same, revising notice in light of same, finalizing and serving notice with e-mail offering to confer on dates, e-mails to and from client re: same and her questions on same | MB<br>1.20 |

3/16/2026                                    DEATS, DURST & OWEN, P.L.L.C.
11:05 AM                                              Time Only                                    Page    11

| Transaction Date<br>Description | User<br>Time |
|---|---|
| 6/4/2025<br>E-mail to OC re: our position on written settlement offer requirement in scheduling order, e-mail to client re: same | MB<br>0.20 |
| 6/4/2025<br>E-mails to and from client re: designating her therapist as expert witness | MB<br>0.20 |
| 6/5/2025<br>E-mails to and from client re: her questions on potential expert designations | MB<br>0.30 |
| 6/9/2025<br>Call to client's endocrinologist, e-mail to client re: same | MB<br>0.20 |
| 6/9/2025<br>E-mail to OC re: scheduling UT's 30(b)(6) depo, e-mails to and from OC re: scheduling client's depo | MB<br>0.30 |
| 6/12/2025<br>E-mail to OC following up on deposition scheduling | MB<br>0.10 |
| 6/12/2025<br>E-mail to client to follow up on potentially designating her therapist as expert witness, e-mails to and from client re: info provided by therapist and implications of designating her, drafting and filing expert designation, drafting and serving expert disclosures, e-mail to client with copies of same | MB<br>0.80 |
| 6/16/2025<br>E-mails to and from OC re: extending discovery deadline | MB<br>0.10 |
| 6/24/2025<br>Beginning to draft outline for corporate rep depo | MB<br>2.90 |
| 6/26/2025<br>E-mails to and from OC re: UT offering 0 in settlement, scheduling depositions, possible extension of MSJ deadline; e-mails to and from client re: same; e-mail to client's therapist re: scheduling her deposition | MB<br>0.90 |
| 6/26/2025<br>Reviewing UT's 1st set of written discovery, e-mail to client re: responding to same | MB<br>1.20 |
| 6/27/2025<br>E-mails to and from UT re: scheduling UT's depo | MB<br>0.10 |

3/16/2026                                   DEATS, DURST & OWEN, P.L.L.C.
11:05 AM                                              Time Only                                        Page      12

Transaction Date                                                                                            User
Description                                                                                                 Time

---

6/30/2025                                                                                                     MB
E-mails to and from OC re: getting corporate rep depo scheduled                                              0.20

---

6/30/2025                                                                                                     MB
E-mails to and from Marlene Gonzalez re: scheduling her deposition                                           0.10

---

7/1/2025                                                                                                      MB
Drafting first amended UT depo notice, securing court reporter for same, e-mails to and from OC re: therapist   0.70
depo, e-mails to and from client re: she filed FMLA complaint with DOL, call from client re: same

---

7/1/2025                                                                                                      MB
Beginning to draft discovery responses, multiple e-mails and phone calls to and from client re: FMLA issue and   1.80
DOL complaint that she filed

---

7/2/2025                                                                                                      MB
Completing first draft of discovery responses and gathering up and organizing docs responsive to RFPs within my   3.40
possession

---

7/8/2025                                                                                                      MB
E-mails to and from client re: responding to RFPs                                                           0.20

---

7/8/2025                                                                                                      MB
Reviewing, organizing, and preparing for production additional files sent by client                         0.90

---

7/9/2025                                                                                                      MB
E-mails to and from OC re: her desire to modify representative designations for UT's deposition             0.30

---

7/10/2025                                                                                                     MB
Reviewing UT's 2nd irrogs, e-mail to client re: same and responding to same                                 0.20

---

7/14/2025                                                                                                     MB
Reviewing client's draft response to D's new Irrog                                                          0.10

---

7/14/2025                                                                                                     MB
Drafting language for ADR report and e-mails to and from OC re: same                                        0.40

---

7/16/2025                                                                                                     MB
E-mails to and from OC re: ADR report, drafting ADR report                                                 0.30

---

3/16/2026
11:05 AM

DEATS, DURST & OWEN, P.L.L.C.
Time Only

Page    13

Transaction Date
Description

User
Time

---

7/16/2025
E-mails to and from OC following up on scheduling client's therapist's deposition

MB
0.10

---

7/17/2025
Reviewing and revising discovery responses and reviewing, organizing, and Bates labeling new documents uploaded by client for production

MB
1.50

---

7/18/2025
E-mails to and from client re: additional documents to be produced in response to discovery requests

MB
0.10

---

7/18/2025
More reviewing, organizing, and preparing for production of more documents sent by client

MB
0.40

---

7/23/2025
Finalizing and serving responses to written discovery requests and associated document production

MB
0.50

---

7/24/2025
Meeting with OC to discuss Jacaman and corporate rep depo issues

MB
0.80

---

7/24/2025
E-mails to and from OC following up on ADR report

MB
0.10

---

7/25/2025
Finalizing, filing, and serving Joint ADR report

MB
0.20

---

7/31/2025
E-mails to and from OC re: contact info for client's therapist

MB
0.10

---

8/5/2025
E-mails to and from OC re: various deposition issues

MB
0.30

---

8/12/2025
E-mail from OC and e-mail to client re: therapist depo

MB
0.10

---

8/16/2025
Reviewing D's new Irrogs and RFPs, e-mails to client and OC re: same

MB
0.30

---

8/18/2025
Meet with client to prepare for depo on Wednesday

MB
1.20

| 3/16/2026 | DEATS, DURST & OWEN, P.L.L.C. | | |
| 11:05 AM | Time Only | Page | 14 |

| Transaction Date | User |
| Description | Time |

| 8/18/2025 | MB |
| Beginning to draft responses to 3rd Irrogs and 2nd RFPs | 1.00 |

| 8/18/2025 | MB |
| Reviewing, organizing, Bates labeling, and producing supplemental document production related to new ADA accommodations | 0.40 |

| 8/19/2025 | MB |
| E-mails to and from OC, gathering dates on additional recordings we produced, adding those dates to draft discovery responses | 0.70 |

| 8/20/2025 | MB |
| Travel to and from UT and defend client's depo | 10.00 |

| 8/21/2025 | MB |
| E-mail to OC re: therapist depo | 0.10 |

| 8/25/2025 | MB |
| Outlining Q&A for therapist depo | 0.80 |

| 8/25/2025 | MB |
| E-mails to and from OC re: deposition notice and subpoena duces tecum to therapist that was not served on me | 0.20 |

| 8/25/2025 | MB |
| E-mails to and from therapist's lawyer re: deposition tomorrow morning | 0.10 |

| 8/26/2025 | MB |
| Attending Gonzales deposition, e-mail to client after | 3.30 |

| 8/28/2025 | MB |
| Continuing to draft corporate rep depo outline | 2.40 |

| 8/29/2025 | MB |
| Continuing to draft corporate rep depo outline | 0.50 |

| 9/2/2025 | MB |
| E-mails to and from court reporting firm re: getting electronic copy of client's depo transcript | 0.10 |

3/16/2026                               DEATS, DURST & OWEN, P.L.L.C.
11:05 AM                                       Time Only                                    Page     15

| Transaction Date | | User |
| Description | | Time |
| --- | --- | --- |
| 9/3/2025 | | MB |
| E-mail from court reporter and e-mail to client re: depo transcript and errata page, e-mails to and from client re: her questions on same | | 0.20 |
| 9/3/2025 | | MB |
| Continuing to outline Q&A for corporate rep depo | | 0.90 |
| 9/4/2025 | | MB |
| Completing first draft of corporate rep depo outline | | 1.40 |
| 9/5/2025 | | MB |
| Final preparations for corporate rep depo on Monday | | 0.60 |
| 9/8/2025 | | MB |
| Conducting deposition of UT Austin, e-mail to client to debrief on depo and share recording | | 4.30 |
| 9/9/2025 | | MB |
| E-mails to and from client re: depo errata | | 0.10 |
| 9/9/2025 | | MB |
| E-mails to and from OC re: deposition errata for corporate rep depo and potential mediation | | 0.20 |
| 9/10/2025 | | MB |
| E-mails to and from client re: depo errata | | 0.10 |
| 9/11/2025 | | MB |
| Call from and e-mails to and from client re: depo errata, sending same to court reporter and OC, e-mails to and from OC re: her questions on errata | | 0.30 |
| 9/12/2025 | | MB |
| E-mails to and from OC re: her draft motion and proposed order on mediation and staying MSJ deadline, possibility of entering into a protective order and form for same, and local rules limiting deposition objections | | 0.20 |
| 9/15/2025 | | MB |
| Finalizing and serving responses to 3rd irrogs and 2nd RFPs | | 0.10 |
| 9/19/2025 | | MB |
| Reviewing 30(b)(6) depo transcript | | 0.30 |

| 3/16/2026 | DEATS, DURST & OWEN, P.L.L.C. | | |
|---|---|---|---|
| 11:05 AM | Time Only | Page | 16 |

| Transaction Date | User |
|---|---|
| Description | Time |

| | |
|---|---|
| 9/19/2025 | MB |
| Court reporter fees for UT deposition. | 0.00 |
| 9/19/2025 | MB |
| Court reporter fees for UT deposition. | 0.00 |
| 9/24/2025 | MB |
| Reviewing order referring case to Magistrate Howell for mediation, downloading new unredacted production of documents previously produced by UT, e-mail to client re: both items | 0.30 |
| 9/24/2025 | MB |
| E-mail from Court and e-mail to client re: scheduling mediation, e-mails to and from client re: her questions on mediation, e-mails to and from Court on dates | 0.30 |
| 9/29/2025 | MB |
| Reviewing mediation order, e-mail to client re: same | 0.10 |
| 10/10/2025 | MB |
| E-mails to and from client re: her questions on requesting UT to produce additional documents | 0.30 |
| 1/12/2026 | MB |
| Drafting and sending P's mediation submission | 0.40 |
| 1/13/2026 | MB |
| E-mails to and from client re: FMLA issue | 0.10 |
| 1/13/2026 | MB |
| Preparing for and meeting with client to discuss mediation on Thursday, drafting and sending counter-offer to UT | 1.10 |
| 1/14/2026 | MB |
| E-mails to and from magistrate/mediator re: phone call before tomorrow's session | 0.10 |
| 1/14/2026 | MB |
| E-mails to and from client re: creative asks for mediation | 0.10 |
| 1/14/2026 | MB |
| Call from mediator re: tomorrow's mediation, e-mail to client re: same | 0.40 |

3/16/2026                                      DEATS, DURST & OWEN, P.L.L.C.
11:05 AM                                                Time Only                                          Page      17

| Transaction Date<br>Description | User<br>Time |
|---|---|
| 1/14/2026<br>Preparing for mediation tomorrow | MB<br>0.50 |
| 1/15/2026<br>Travel to and from and attend mediation | MB<br>4.20 |
| 1/15/2026<br>Reviewing mediator proposal and e-mail to client re: same | MB<br>0.10 |
| 1/16/2026<br>E-mail to Howell on mediator's proposal | MB<br>0.10 |
| 2/17/2026<br>E-mails to and from client re: her request for status update | MB<br>0.10 |
| 3/11/2026<br>Reviewing D's offer of judgment, legal research on offers of judgment, e-mail to client re: offer and guidance on same, e-mails to and from client re: her reaction and scheduling time to discuss | MB<br>0.90 |
| 3/13/2026<br>Call to client to discuss UT's offer of judgment, e-mail to client memorializing our discussion | MB<br>0.80 |
| 3/16/2026<br>E-mails to and from client re: questions on offer of judgment, e-mail from client re: she accepts offer | MB<br>0.30 |

Total: MB

184.10

Grand Total

184.10