**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| NICOLETTE D. PAGE, | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | Civil Action No.  1:24-cv-01249-DAE |
| | § | |
| UNIVERSITY OF TEXAS AT AUSTIN, | § | |
| *Defendants.* | § | |

---

**DEFENDANT THE UNIVERSITY OF TEXAS AT AUSTIN'S**
**UNOPPOSED MOTION TO EXTEND TIME**

---

Defendant The University of Texas at Austin (UT) submits this motion to request that its deadline to file a response to Plaintiff's Motion for Attorney Fees filed April 16, 2026. Defendant's response is currently due on April 30, 2026. This is Defendant's first request for such an extension for this response. Defendant conferred with Plaintiff's counsel who is unopposed to this request.

Defendant requests this extension to prepare an informed response in assisting the Court. Defendant's counsel had an Appellant's brief due in another cause on April 15, 2026, has a hearing on April 29, 2026, and has two other deadlines in two additional cases on May 1, 2026. Counsel for the defendant thanks the Court for its consideration.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief, General Litigation Division

/s/ *Terri M. Abernathy*
TERRI M. ABERNATHY
Assistant Attorney General
Texas State Bar No. 24062894
OFFICE OF THE ATTORNEY GENERAL
General Litigation Division
P.O. Box 12548, Capitol Station, MC019
Austin, Texas 78711-2548
Phone: (512) 979-5354
Division Fax: (512) 320-0667
Email: terri.abernathy@oag.texas.gov

*Counsel for Defendant,*
*The University of Texas at Austin*

## CERTIFICATE OF SERVICE

I certify that that on April 29, 2026, this document was filed electronically via the Court's CM/ECF system, causing electronic service upon all counsel of record, namely, Matt Bachop, counsel for Plaintiff, via email.

/s/ *Terri M. Abernathy*
TERRI M. ABERNATHY
Assistant Attorney General

## CERTIFICATE OF CONFERENCE

I hereby certify that on April 29, 2026, I emailed counsel for the Plaintiff, Nicolette Page, to ask if he opposed the relief requested in this motion. Counsel stated that he is not opposed to this motion or the relief requested herein.

/s/ *Terri M. Abernathy*
TERRI M. ABERNATHY
Assistant Attorney General