**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| NICOLETTE D. PAGE, | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | Civil Action No.  1:24-cv-01249-DAE |
| | § | |
| UNIVERSITY OF TEXAS AT AUSTIN, | § | |
| *Defendants.* | § | |

**ORDER GRANTING DEFENDANT THE UNIVERSITY OF TEXAS AT AUSTIN'S
UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSE**

On this day the Court considered Defendant The University of Texas at Austin's Unopposed Motion to Extend Time to File a Response. The Court GRANTS Defendant's Motion and extends Defendant's deadline to file a its Response to Plaintiff's Motion for Attorney Fees to May 12, 2026.

SIGNED on _____, 2026.

_____
UNITED STATES DISTRICT JUDGE