PLAINTIFF'S
EXHIBIT

1
_____

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION**

| | | |
|---|---|---|
| NICOLETTE D. PAGE, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 1:24-cv-01249-DII |
| | § | |
| UNIVERSITY OF TEXAS AT AUSTIN, | § | |
|     Defendant. | § | |

## PLAINTIFF'S INITIAL DISCLOSURES

**TO:**    **Defendant University of Texas at Austin, through its attorney of record, Amy Pletscher, amy.pletscher@oag.texas.gov, OFFICE OF THE ATTORNEY GENERAL, P.O. Box 12548, Capitol Station, Austin, Texas 78711-2548.**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiff makes her initial disclosures to Defendant as follows:

**(i) [T]he name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.**

**RESPONSE:**

The following person is the Plaintiff in this case. Any contact should be through her counsel of record:

Nicolette Page

The following person is counsel of record for the Plaintiff and has knowledge of the amount, reasonableness, and necessity of Plaintiff's attorney fees.

Matt Bachop
Deats, Durst & Owen, PLLC.
8140 N Mopac Expy, Suite 4-250
Austin, Texas 78759
(512) 474-6200

The following persons are employees or former employees of Defendant who may have knowledge relating to the disparate treatment and harassment of Plaintiff in the workplace.

Mark Jacaman (Former Director eBITS)
11914 Arbor Downs Road

Austin, TX 78748
LeeAnn Gibson (Associate Director eBITS)
529 Summer Alcove Way
Austin, TX 78732
Heather Hanna (Executive Director eBITS)
1616 Guadalupe Street
Austin, TX 78701
Angelina Stevens (HR Administrative Services eBITS)
1616 Guadalupe Street
Austin, TX 78701
Hanna Kim (Principal Business Relationship Manager eBITS)
512-689-9811
1616 Guadalupe Street
Austin, TX 78701
Maggie Pfeiffer (Senior IT and Education Manager eBITS)
1616 Guadalupe Street
Austin, TX 78701
Lauren Pahnke (Senior Information Technology Manager eBITS)
512-567-9171
1616 Guadalupe Street
Austin, TX 78701
Megan Dwyer (Associate Director eBITS)
1616 Guadalupe Street
Austin, TX 78701
Marlo Kibler (HR Service Center Director)
216-280-7191
145 Janelle Lane
Liberty Hill, TX 78642
Mary K. Bade (Conflict Management and Dispute Resolution)
512-567-5454
1616 Guadalupe Street Austin, TX 78701
Danica Morgan (Employee Assistance Counselor)
512-232-9638
Margie Corbett, J.D.  (DIA Intake Coordinator)
PO Box 12547
Austin, TX 78711
Joshua Bonin (DIA Director)
512-471-3701
1616 Guadalupe Street
Austin, TX 78701
Jeffery Graves (Chief Compliance Officer)
512-232-3721
1616 Guadalupe Street Austin, TX. 78701
Jay C. Hartzell, PhD (President)
110 Inner Campus Drive
Austin, TX 78712

Samantha Baird, MSW (Manager, HR Business Partnerships)
512-471-2684
1616 Guadalupe Street
Austin, TX 78701
Emily Cauthen (eBITS predecessor)
(512) 284-3999
Angie Schoolar (Director, HR Business Partnerships)
512-475-8796
110 Inner Campus Drive
Austin, TX 78712
Rebekah Singleton (Human Resource Coordinator)
512-471-8330
1301 E Dean Kenton Street
Austin, TX 78712

The following persons are employees or former employees of Defendant who may have knowledge relating to the disparate treatment and harassment of other UT employees.

Tatiana Calliham (Previous Director at UT)
512-796-7819
Jennifer Speer (Current Executive Director)
512-773-3076
Chris Brownson, PhD (Associate Vice President for Health and Well-Being)
100 W Dean Keaton Street
Austin, TX 78712
512-658-2476
Melony Zellous (UT Employee)
512-900-0706
Eve Stephens (Previous UT Chief of Police)
512-705-0258
Dr. Soncia Reagins-Lilly (Previous UT VP for Student Affairs and Dean of Students)
512-663-9073
Darrell Bazzell (Previous CFO)
1301 Arcadia Ave
Austin, TX 78757

The following persons are family members or friends of Plaintiff who may have knowledge relating to the mental anguish suffered by Plaintiff due to Defendant's actions.

Marcus Page (Husband)
512-983-8188
200 Orvieto Lane
Liberty Hill, TX 78642
Gizette Gaslin (Sister)
512-750-9813
Tilsa Gaslin (Sister)

737-230-1335
Adrienne Waites (Friend)
512-680-0019
2601 La Frontera Blvd #3207
Round Rock, TX 78681
NaturaLeza Joliet (Friend)
281-217-3295
1622 Hillside Drive
Temple, TX 76502

The following persons are healthcare providers of Plaintiff who may have knowledge relating to Plaintiff's disabilities.

Marlene Gonzales, MA, LPC
254-677-7998
Dr. Stephanie Shaw – Endocrinologist Ascension
512-422-0348
502 Terrace Mountain Drive
Westlake Hill, TX 78746

All persons designated by Defendants as having discoverable information.

**(ii) [A] copy — or a description by category and location — of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.**

**RESPONSE:**

Please see enclosed documents and electronic information Bates labeled Page0001–Page1888.

**(iii) [A] computation of each category of damages claimed by the disclosing party — who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.**

**RESPONSE:**

Plaintiff seeks damages for lost pay and benefits, as well as declaratory, injunctive, and equitable relief, compensatory damages, including but not limited to damages for emotional distress, pre- and post-judgment interest, attorneys' fees and costs, and punitive damages in an amount yet to be determined.

If Ms. Page's annual salary had been set without discriminatory animus, based on the salaries of similarly situated comparators, she would have been earning around $115,000 per year. As such,

she has lost wages in the past of approximately $30,500 from May 2023 to April 2024 and around $20,00 per year from April 2024 through the time these disclosures are being provided (January 2025).

The current salary gap of $20,000 per year between what Ms. Page is earning and what she would have been earning without the discrimination against her will only widen as percentage raises are applied, but Plaintiff is not able to calculate the magnitude of that effect until the raises are applied.

Ms. Page also has increased costs that she is incurring to commute to her replacement job, which requires daily in-person work (her eBITS job was fully remote), of approximately $6,600 per year.

The discrimination, retaliation, and hostile work environment to which Ms. Page was subjected also affected her life in various ways. First, these actions caused her undue stress during her time in UT's MBA program. Without the stress and mental anguish that added to her life, she would have been able to graduate in the top 10% of her class from that program. We believe that this has damaged her future earning capacity in a conservative amount of at least $150,000. This stress and mental anguish has also caused Ms. Page to seek therapy services, for which she has spent $510 in copayments and will continue to pay $30 per session in copayments. She has been prescribed additional medications for which she has a $3.06 monthly copayment. She incurred $180 in costs in making a request under the Public Information Act for information proving that she was discriminated against.

Ms. Page has suffered substantial mental anguish as a result of the discriminatory treatment and hostile work environment that she was subjected to. Her mental anguish damages are well in excess of the $300,000 cap.

Having her salary set below what she should have been earning has caused significant financial challenges for Ms. Page and her family. Despite being near completion of her MBA and possessing extensive experience and education, her salary has not been appropriately aligned with that of her peers in comparable positions. This disparity has further exacerbated her financial difficulties, leaving her unable to make payments on student loans, which re-entered repayment status on August 1, 2024. Her primary loan has a monthly payment of $1,150.64, with interest accruing at 8.050%. She also has several other student loans, with total monthly payments of $3,671.78 and interest rates ranging from 6.28% to 8.05%, all accruing interest daily. This financial strain underscores the importance of equitable salary adjustments reflective of her qualifications and accomplishments.

**(iv) [F]or inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

**RESPONSE:**

Plaintiff is unaware of any insurance agreements under which an insurance business may be liable to satisfy a judgment.

*Respectfully submitted,*

DEATS DURST & OWEN, PLLC


_____/s/ Matt Bachop_____

Matt Bachop
TBN: 24055127
mbachop@ddollaw.com
8140 N Mopac Expy, Suite 4-250
Austin, Texas 78759
(512) 474-6200
FAX (512) 474-7896

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served on counsel for Defendant, Amy Pletscher, amy.pletscher@oag.texas.gov, OFFICE OF THE ATTORNEY GENERAL, P.O. Box 12548, Capitol Station, Austin, Texas 78711-2548, by e-mail on this 23rd day of January, 2025.

/s/ Matt Bachop
Matt Bachop


PLAINTIFF'S INITIAL DISCLOSURES                                    Page 6