**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **NICOLETTE D. PAGE,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **A-24-CV-1249-DAE** |
| **UNIVERSITY OF TEXAS AT AUSTIN,** | § | |
| **Defendant.** | § | |

**ORDER SETTING HEARING**

Before the court is Plaintiff's Motion for Attorneys' Fees (Dkt. 42) and all related briefing.[1]

The court **SETS** this motion for hearing at **10:00 a.m. on June 2, 2026**, in Courtroom Eight on

the seventh floor of the Federal Courthouse located at **501 W. 5th Street, Austin, Texas 78701.**

SIGNED May 20, 2026.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE

---

[1] This motion was referred by United States District Judge David A. Ezra to the undersigned for resolution pursuant to 28 U.S.C. § 636(b), Federal Rule of Civil Procedure 72, and Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. *See* Text Order dated Apr. 17, 2026.