IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

| | | |
|---|---|---|
| NICOLETTE D. PAGE, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 1:24–cv–01249–DAE |
| | § | |
| THE UNIVERSITY OF TEXAS AT AUSTIN, | § | |
| *Defendant*. | § | |

---

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE
HEARING ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**

---

**TO THE HONORABLE MAGISTRATE JUDGE MARK LANE:**

Defendant The University of Texas at Austin (UT) moves this Honorable Court for a continuance of the hearing on Plaintiffs' Motion for Attorneys' Fees (Doc. 42) that was scheduled for June 2, 2026.  In support, UT submits the following:

1.      On April 16, 2026, Plaintiff filed her Motion for Attorney's Fees.

2.      On May 12, 2026, UT filed its response to Plaintiff's Motion.

3.      On May 15, 2026, Plaintiff filed her reply.

4.      On May 20, 2026, the Court set the matter for a hearing on June 2, 2026.

5.       Undersigned counsel has depositions in another matter set for June 2, 3, and 4 for a hearing that is scheduled for July 1, 2026.

6.      UT conferred with Plaintiff's attorney on May 21, 2026, and Plaintiff is unopposed to this continuance.

7.      Both parties are available June 9 and 10.

Dated: May 26, 2026.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General of Texas

RALPH MOLINA
Deputy First Assistant Attorney General of Texas

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief, General Litigation Division


/s/ *Terri M. Abernathy*
TERRI M. ABERNATHY
Assistant Attorney General
Texas Bar No. 24062894

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
General Litigation Division
P.O. Box 12548, Capitol Station, MC–019
Austin, Texas 78711–2548
Phone (512) 979–5354
Division Fax (512) 320–0667
Email Terri.Abernathy@oag.texas.gov

*Counsel for Defendant*
*The University of Texas at Austin*


## CERTIFICATE OF CONFERENCE

I hereby certify that on May 21, 2026, I emailed counsel for Plaintiff Nicolette Page and counsel stated that he is not opposed to this motion or the relief requested herein.

/s/ *Terri M. Abernathy*
TERRI M. ABERNATHY
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on <u>May 26, 2026</u>, a true and correct copy of the foregoing document was filed with the Court's CM/ECF system, causing electronic service as follows:

Matt Bachop
2901 Bee Caves Rd., Ste. L
Austin, Texas 78746
Phone (512) 474–6200
Fax (512) 474–7896
*Via email to [mbachop@ddollaw.com](mailto:mbachop@ddollaw.com)*

*Counsel for Plaintiff Nicolette D. Page*

/s/ *Terri M. Abernathy*

TERRI M. ABERNATHY
Assistant Attorney General